## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY E. BIGWOOD )<br>3200 16th Street, N.W. #806 )<br>Washington, D.C. 20010 )<br> )<br>            Plaintiff, )<br> )<br>    v. )<br> )<br> )<br>UNITED STATES AGENCY FOR )<br>INTERNATIONAL DEVELOPMENT )<br>Information & Records Division )<br>Office of Administrative Services )<br>1300 Pennsylvania Avenue, Rm. 2.07C )<br>Ronald Regan Building )<br>Washington, D.C. 20523-2701 )<br> )<br>            Defendant. )<br>_____) | Civil Action No. 06-0635 (PLF)<br>(ECF) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2006, I caused the foregoing Praecipe to be served on Plaintiff, postage prepaid, addressed as follows:

JEREMY E. BIGWOOD
3200 16th Street, N.W. #806
Washington, D.C. 20010

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851