**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JEREMY E. BIGWOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No. 06-0635 (PLF)** |
| ) | **(ECF)** |
| **UNITED STATES AGENCY FOR** ) | |
| **INTERNATIONAL DEVELOPMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF
TIME TO FILE AN ANSWER OR OTHERWISE RESPOND**

Defendant, United States Agency for International Development, through undersigned counsel, hereby moves for a two-week extension of time to file an answer or otherwise respond to Plaintiff's Complaint through and including May 31, 2006. Good cause exists to grant this motion.

1. Defendant's answer to Plaintiff's Complaint is due on May 17, 2006.

2. Defendant requires additional time to prepare and file an answer or otherwise respond to Plaintiff's Complaint. This time is principally needed because of the schedule of lead counsel for Defendant, which has recently included settlement negotiations in the matters of Pardo - Kronemann v. Jackson, Civil Action No. 05-06262 (JDB), Muhammad v. Chertoff, Civil Action No. 05-1365 (RMU), and Hall, et al. v. CIA, Civ. Action No. 04-0814 (HKK); trial preparation in the matter of Ferguson v. Small, Civil Action No. 99-2021 (EGS); and a motion for summary judgment in the matter of Edwards v. EPA, Civil Action No. 05-0426 (JDB).

3. Defendant therefore requests two additional weeks to respond to Plaintiff's Complaint.

4. The parties have conferred pursuant to Local Rule 7(m). Plaintiff consents to this

request.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of an answer or dispositive motion be extended to May 31, 2006. A minute order is requested.

Dated: May 16, 2006.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN
D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS
D.C. BAR #434122
Assistant United States Attorney
D.C. Bar #171538

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2006, I caused the foregoing Motion to Enlarge Time to File an Answer or Otherwise respond, be served on Plaintiff, postage prepaid, addressed as follows:

JEREMY E. BIGWOOD
3200 16th Street, N.W. #806
Washington, D.C. 20010

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851