UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY E. BIGWOOD,          )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )  Civil Action No. 06-0635 (PLF)<br>                             )  (ECF)<br>UNITED STATES AGENCY FOR     )<br>INTERNATIONAL DEVELOPMENT,   )<br>                             )<br>           Defendant.        )<br>_____) | |

**SECOND MOTION FOR EXTENSION OF
TIME TO FILE AN ANSWER OR OTHERWISE RESPOND**

Defendant, United States Agency for International Development, through undersigned counsel, hereby moves for one-week extension of time to file an answer or otherwise respond to Plaintiff's Complaint through and including June 7, 2006.  Good cause exists to grant this motion.

1. Defendant's answer to Plaintiff's Complaint is due on May 31, 2006.

2. Defendant requires additional time to prepare and file a motion to dismiss or in the alternative for summary judgment in response to Plaintiff's Complaint.  This time is principally needed because of the schedule of lead counsel for Defendant, which has recently included trial preparation in the matter of *Ferguson v. Small*, Civil Action No. 99-2021 (EGS); settlement negotiations in the matter *Hall, et al. v. CIA*, Civ. Action No. 04-0814 (HKK); and a motion for summary affirmance and a response in the United States Court of Appeals for the District of Columbia in the matters of *Montgomery v. District of Columbia, et al.,* No. 06-5056, and *Mitchell v. Bureau of Prisons*, No. 05-05420, respectively.

3. The parties have conferred pursuant to Local Rule 7(m).  Plaintiff consents to this

request.

4. Defendant therefore requests one additional week to file his Motion for Summary Judgement.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of his Motion for Summary Judgment be extended to June 7, 2006. A minute order is requested.

Respectfully submitted,

Dated: May 30, 2006.

_____/s/_____
KENNETH L. WAINSTEIN
DC Bar #451058
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. BAR #434122
Assistant United States Attorney
D.C. Bar #171538

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2006, I caused the foregoing Motion to Enlarge Time to File an Answer or Otherwise respond, be served on Plaintiff, postage prepaid, addressed as follows:

JEREMY E. BIGWOOD
3200 16th Street, N.W. #806
Washington, D.C. 20010

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851