# UNITED STATES DISTRICT COURT
## District of Columbia

Jeremy E. Bigwood )
)
    Plaintiff )
)
        v. )          Civil Action No. 06-0635
)
United States Agency for )
International Development )
)
    Defendant

## DECLARATION OF JOANNE PASKAR

Pursuant to 28 U.S.C. § 1746, I, JOANNE PASKAR, do hereby declare the following to be true to my best recollection, knowledge, and belief:

1. I am a Support Services Supervisor working in the Information and Records Division (IRD) of the United States Agency for International Development (USAID). I have been a Freedom of Information Act (FOIA) Specialist since August 1994. I have acted as the IRD Division Chief and USAID FOIA Officer since January 2000.

2. I have read the complaint filed by Mr. Bigwood regarding USAID's withholding of personal identifying information in documents provided in response to a FOIA request.

3. This declaration chronicles the actions taken to process Mr. Bigwood's request. It additionally includes a Vaughn Index that documents the withholdings challenged by Mr. Bigwood.

## COMMUNICATIONS WITH MR. BIGWOOD

4. On February 26, 2004, Mr. Bigwood submitted a FOIA request for A) documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to present and B) any USAID analysis of the situation in Venezuela made from 1998 to present. (Attachment 1) He asked that his request be processed under the "News Media" fee category. Under this category, there are no fees for search or review. The duplication fee is 20¢ per page after receiving 100 pages free-of-charge. Mr. Bigwood asked for a fee waiver but agreed that in the event that the fee waiver was not granted, he would agree to pay all photocopying costs in excess of 100 pages. Ultimately, Mr. Bigwood agreed to pay up to $1,000.00.

5. On the following day, Ms. Sylvia Lankford, the USAID Senior FOIA Specialist and FOIA Team Leader, had a telephone conversation with Mr. Bigwood concerning his request. Ms. Lankford would be responsible for processing USAID's response to Mr. Bigwood's request. Mr. Bigwood further clarified his request. Ms. Lankford informed Mr. Bigwood that his request would be placed in the "News Media" fee category. She forewarned Mr. Bigwood that she did not at that time have an estimation of the volume of documents that would be responsive to his request. (Attachment 2)

6. On March 11, 2004, an "official" acknowledgement letter was sent to Mr. Bigwood confirming receipt of his request and his classification as a member of the "news media." (Attachment 3)

7. On July 7, 2004, Mr. Bigwood submitted a request that his request be granted "expedited processing." (Attachment 4)

8. On August 20, 2004, USAID sent the first partial response to Mr. Bigwood's request. (Attachment 5) The response consisted of 70 documents totaling 511 pages. The documents were "grant agreements" issued by a USAID contractor, Development Alternative, Inc. (DAI), to Venezuelan entities under the USAID Venezuelan Confidence Building Initiative. A substantial portion of the information contained in the agreements was released. Withholdings were made under two FOIA exemptions – (b)(4) and (b)(6) with (b)(6) being the predominant bases for withholding. .

9. On August 28, 2004, Mr. Bigwood sent an appeal of our August 20, 2004 partial response. (Attachment 6) The appeal was received on September 4, 2006. In his appeal, Mr. Bigwood challenged both our (b)(4) and (b)(6) withholdings. I assumed responsibility for processing Mr. Bigwood's appeal.

10. On November 9, 2004, USAID responded to Mr. Bigwood's appeal. (Attachment 7) The previously withheld cost, fringe benefit, and salary figures for the Carter Center and the National Democratic Institute for International Affairs were released with the concurrence of these two organizations. Hence, all information withheld in the initial FOIA response under (b)(4) was provided in the Agency appeal response. USAID continued to exert its (b)(6) withholdings.

## USAID INTERNAL PROCESSING OF MR. BIGWOOD'S REQUEST

11. On March 11, 2004, Ms. Lankford tasked USAID's Office of Transition Initiatives, Bureau for Democracy, Conflict, and Humanitarian Assistance (DCHA/OTI), with the responsibility of searching for responsive documentation. OTI was given a March 26, 2004 deadline for the provision of the documents.

12. On March 19, 2004, Ms. Lankford was contacted by Mr. Russell Porter, an OTI employee, who had been assigned the responsibility of coordinating the obtaining of documents for OTI. He advised her that OTI would not be able to meet the March 26, 2004 deadline because the bulk of the documents were located in the OTI office in

Venezuela and that that unit was manned by only one OTI specialist. He estimated that there would be approximately 1,000 pages of responsive materials. Ms. Lankford granted an extension to April 9, 2004.

13. On March 22, 2004, Mr. Porter asked IRD for further clarification of Mr. Bigwood's request. Since Ms. Lankford was on leave, I spoke with Mr. Porter. Mr. Porter described some of the types of documentation that were available. We agreed that the grant agreements between DAI and the Venezuelan grantees would clearly depict the information on USAID funding for any projects, organizations or other entities in Venezuela.

14. On April 15, 2004, the responsive documents arrived in the OTI office from OTI/Venezuela.

15. On May 25, 2004, the items gathered by OTI/Venezuela and some additional items gathered by OTI in Washington were transmitted to Ms. Lankford.

16. OTI expressed to IRD its concerns over the release of the grant agreements made to the Venezuelan entities. They feared that the employees of these organizations would be placed in jeopardy if the agreements were released. An initial proposal was made to withhold these grants in their entirety. This approach would eliminate the possibility of harm to these individuals. However, because of the FOIA's "reasonably segregable" obligation, I decided to only protect under FOIA exemption (b)(6) any information that may identify or lead to these individuals.

17. A close partnership immediately development between IRD and OTI. Because Ms. Lankford was concerned about the inadvertent release of information that could harm the employees of the Venezuelan organizations, she exerted extreme care in the review and redaction of the grants. She looked to Ms. Katherine Donohue and Mr. Porter, both of OTI, for guidance. OTI identified the names of the Venezuelan organizations and individuals that had to be redacted. Some of the grants contained program and budget sections that were in Spanish. Since the IRD FOIA Team does not have anyone with Spanish-language capability, OTI helped review these sections. Ms. Lankford redacted the information based on OTI's representations about the pieces of information in the grants and their sensitivity. This process was time-consuming because of the detail that was being exerted and because the OTI officials had heavy travel schedules that would at times make them unavailable.

18. Prior to the transmittal of USAID's August 20, 2004 reply to Mr. Bigwood, OTI made a thorough review of Ms. Lankford's redactions to ensure that she had not made any inadvertent releases.

19. On September 16, 2004, an IRD-sponsored meeting was held to discuss the Agency's approach to Mr. Bigwood's appeal. Attending the meeting were Ms. Lankford, myself, and representatives from OTI and the USAID Office of the General Counsel.

20.  On October 8, 2004, a "submitter notification" was sent to the National Democratic Institute for International Affairs.  On October 25, 2004, a notice was sent to the Carter Center.  Both organizations requested no redactions to their submitted materials.

21.  Attachment 8 is a Vaughn Index for the 69 partially withheld grants that were sent to Mr. Bigwood via USAID's August 20, 2004 response.  Please note that Mr. Bigwood was provided two copies of document 3 as listed in the index.

Attestation.  Pursuant to Title 28 United States Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May 2006 at the Ronald Reagan Building, Washington, District of Columbia.


Joanne Paskar
USAID FOIA Officer

4

**Lankford, Sylvia**

| | |
|---|---|
| **From:** | Joyner, Sylvia |
| **Sent:** | Thursday, February 26, 2004 10:38 AM |
| **To:** | Lankford, Sylvia |
| **Cc:** | Paskar, Joanne |
| **Subject:** | FW: Jeremy Bigwood's FOIA requests |

**Importance:**      High

Per my discussion with you yesterday.

-----Original Message-----
**From:** Jeremy Bigwood [mailto:bigwood@rcn.com]
**Sent:** Thursday, February 26, 2004 9:57 AM
**To:** Joyner, Sylvia
**Subject:** Jeremy Bigwood's FOIA requests
**Importance:** High

Good afternoon, Ms. Joyner-

Thank you for clarifying how to request FOIA searches through the USDA FOIA office.  Unless you already have responsive documents to them, we can drop all of my FOIA requests made to your office last November and December, 2003.

Instead, I would like to obtain:
- Documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to the present.
- Any USAID analysis of the situation in Venezuela made from 1998 to the present.

As with the other requests, I would like this request to be processed under the "representative of the news media" category, which entitles me to a waiver of costs accumulated during the actual search and review process.  I understand that in order to comply with the requisites of the "freelance" category of the "representative of the media" requirements of the FOIA, which entitle me to gratuitous searches of your archives, I must offer you proof of said status.  However, in accordance with the principles and spirit of the Paperwork Reduction Act (PRA) of 1995, whose stated goals are "to have Federal agencies become more responsible and publicly accountable for reducing the burden of Federal paperwork on the public...," in lieu of sending you photocopies to attest to my due inclusion into this status, which, I include the following Internet URL  ( http://jeremybigwood.net/JBsPUBS/Articles4FOIA.htm#* ) where digital facsimiles of articles I have published can be found.  These articles alone are sufficient to fulfill the stated requirements and therefore bestow upon me "representative of the media" status.  You will note that I also publish unedited FOIA responses from various US government entities at: ( http://jeremybigwood.net/FOIAs/FOIA.htm ).

    I believe that disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.  For this reason I request a waiver of all fees. However, in the event that fee waiver is not granted, I agree to pay all photocopying costs in excess of 100 pages.

1

**EXHIBIT**

_1_

Respectfully yours,

Jeremy Bigwood

Jeremy Bigwood
3200 16th St. NW, #806
WDC, 20010  USA
(202) 319-9150
(202) 361-5000 cell
http://bigwood.biz

FEB 2 7 2004

RE: FOI-131/04

NOTE TO THE FILE

I spoke to Jeremy Bigwood ,(202) 319-9150, on 2/27/04 about a new request he submitted. In that request, he asked that we drop/cancel his previous FOIA requests made in November & December 2003. He reconfirmed that he wanted to substitute this new request for the previous ones.

I also asked for clarification of his new request. He has asked for:

    1) USAID funding documentation for any projects, organizations or other entities in Venezuela from 1998 to present.

He stated he was not interested in a specific project, organization etc. Please include all that fall into this category.

    2) Any USAID analysis of the situation in Venezuela made from 1998 to present.

He indicated that he was looking for political and economic reports. I mentioned that State Dept. would most likely have those types of reports. He advised that he had contacted State Dept. for this information and was advised that he should also ask USAID. He does not expect to receive much though.

I told him his request would be placed in the News Media category. I noted that he is willing to pay for copying up to 100 pages. I explained that at this time we do not know how many pages are involved in his request, but would contact him if the number of pages exceeds 100.

Sylvia Lankford

NOTE: 4/16/04
* actually the requester is willing to pay for copying in excess of 100 pages.

EXHIBIT
2



U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

March 11, 2004

Mr. Jeremy Bigwood:
3200 16th Street, NW #806
Washington, DC  20010

FOI-131/04

Dear Mr. Bigwood:

        We have received your February 26, 2004 Freedom of Information Act (FOIA)
request.

        The tracking number that has been assigned to your request is FOI -131/04.
Please do use that number when corresponding with us.  It is our access point to your
request file.

        Your request is being processed under the "News Media" category.  The fees for
that category are as follows:

        Search:              No Fee
        Review:              No Fee
        Duplication:         20¢ per page after the first 100 pages

I have enclosed our fee schedule and some excerpts from our fee regulations.

        Since you have provided a commitment to pay the processing fees
associated with your request, we have begun the processing of your request.

        The FOIA Specialist who has been assigned to your request is Mrs. Lankford.
Mrs. Lankford can be reached on 202-712-0879; her fax number is 202-216-3070.



EXHIBIT

3

We look forward to working on this request with you.

Sincerely,

J. M. Paskar, Chief
Information and Records Division
Office of Administrative Services

Enclosure: a/s

Jeremy Bigwood
**3200 16th St. NW #806**
**Washington, D.C. 20010**
(202) 319-3150/ (202) 361-5990
bigwood@rcn.com

## REQUEST FOR EXPEDITED FOIA PROCESSING
### FOI-131/04

BY E-MAIL AND USPS DELIVERY

Information & Records Division, Office of Administrative Services
U.S. Agency for International Development (USAID)
1300 Pennsylvania Avenue, Rm. 2.07C
Ronald Reagan Building
Washington, D.C. 20523-2701

July 7, 2004

Dear Ms. Joyner and Ms. Lankford:

By means of this e-mail and letter, I am requesting the expedited processing of the Freedom of Information Act ("FOIA") request, which your office numbered FOI-131/04, which was made pursuant to 28 CFR 16.5(d)(1).

Allow me to recapitulate the chain of events that lead me to the present request for expedited processing. During the first week of December, 2003, I made a series of FOIA requests for information regarding various activities of U.S. Agency for International Development (USAID) in Venezuela. On February 26, 2004, at the request of your office, I agreed to combine all of these requests into a single FOIA request (copy in text below) to your office. Your office has correctly summarized my request as a request for all **"documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to Feb. 2004 and any USAID analysis of the situation in Venezuela from 1998 to February 2004."**

The original text of my request as made by e-mail is as follows:

"Thank you for clarifying how to request FOIA searches through the USDA FOIA office. Unless you already have responsive documents to them, we can drop all of my FOIA requests made to your office last November and December, 2003.

Instead, I would like to obtain:
- Documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to the present.

- Any USAID analysis of the situation in Venezuela made from 1998 to the present.

As with the other requests, I would like this request to be processed under the "representative of the news media" category, which entitles me to a waiver of costs

i


EXHIBIT
4



**Jeremy Bigwood**
**3200 16th St. NW #806**
**Washington, D.C. 20010**
(202) 319-9150/ (202) 361-5000
bigwood@rcn.com

accumulated during the actual search and review process. I understand that in order to comply with the requisites of the "freelance" category of the "representative of the media" requirements of the FOIA, which entitle me to gratuitous searches of your archives, I must offer you proof of said status. However, in accordance with the principles and spirit of the Paperwork Reduction Act (PRA) of 1995, whose stated goals are "to have Federal agencies become more responsible and publicly accountable for reducing the burden of Federal paperwork on the public...," in lieu of sending you photocopies to attest to my due inclusion into this status, which, I include the following Internet URL ( http://jeremybigwood.net/JBsPUBS/Articles4FOIA.htm#* ) where digital facsimiles of articles I have published can be found. These articles alone are sufficient to fulfill the stated requirements and therefore bestow upon me "representative of the media" status. You will note that I also publish unedited FOIA responses from various US government entities at: ( http://jeremybigwood.net/FOIAs/FOIA.htm ).

I believe that disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest. For this reason I request a waiver of all fees. However, in the event that fee waiver is not granted, I agree to pay all photocopying costs in excess of 100 pages."

On April 16th, 2004, your office responded:

"Mr. Bigwood:

At this time, I await the documents to arrive from Venezuela. Then the documents will have to be reviewed before releasing them to you. I will keep you advised of this process.

As I understand it, there is quite a bit of documentation to be reviewed. I note that you have agreed to pay fees in excess of 100 pages. You may want to look at your request again with a view to further narrowing the scope. Please advise.

Sincerely,

S. Lankford

FOIA Team Leader"

The documents from Venezuela must have arrived shortly thereafter, because by July 8th you were able to say that the approximate amount available for review was 960:

"Mr. Bigwood: I understand that you spoke to S. Joyner of our office and that you would be sending me an e-mail about the dollar amount you are willing to pay for your request. I look forward to that e-mail.

The approximate number of pages for review is 960. At this time, I do not know if you will receive all of those pages as a review of the documents for any FOIA exemptions must take place first. That will determine how many documents are eligible for release in whole or with redactions and how many will be withheld."

In an email to you on June 9, 2004, I volunteered to pay the amount indicated for the responses. Here is what I wrote:

ii



**Jeremy Bigwood**
**3200 16th St. NW #806**
**Washington, D.C. 20010**
(202) 319-9150/ (202) 361-5000
bigwood@rcn.com

"Dear Ms. Lankford-

Thank you for reminding me that I had promised Ms. Joyner that I would send you a letter regarding how much I would be willing to pay for the FOIA requests on USAID in Venezuela. I was willing to come up with much more than that required for the 960 pages under review, so even if all of those pages are released to me, I am more than willing to pay a fair amount (10-25 cents) per page.

If there is any material that can be released to me in an electronic (digital) format, please feel free to either send me such documents as email or on diskette.

Obviously, I would prefer that no FOIA exemptions were used on this material, but such things are not up to me to decide..."

Over half a year has passed since I made my original FOIA requests to your office. In good faith, I complied with your office's request to combine these requests into one single FOIA request. It is also clear that the documents responsive to my request have been in your office for several weeks now. Time is passing and for this reason I am now writing to ask you to expedite this request.

FOIA responses do not need to take a long time. In the case of a similar request to the National Endowment for Democracy (NED), documents were released to me within a couple of weeks of my request.

The documents NED released to me dealt with a similar subject matter to the FOI-131/04 request in question (to wit, documents detailing all NED-sponsored projects in Venezuela). After their release, these documents were quickly published and their dissemination resulted in the publication of several dozen news reports in various media (see attached Nexis Lexis file listing the documents).

The publication of several dozen news reports in response to the documents released by NED on an almost identical subject illustrate *a clear interest on the part of the public* with regards to the subject of this request. In the case of the documents that I am requesting from USAID, that public interest could wane if they are not released in a timely manner. These arguments clearly constitute a demonstration of a *compelling need* "with respect to a person primarily engaged in disseminating information, urgency to inform public concerning actual or alleged Federal Government activity" as set forth in § 552(a)(6)(v)(I) and (II) for the rapid and expedited release of these documents. Therefore, you must grant me expedited processing.

To summarize, I believe that FOIA request 131/04 easily meets the criteria for expedited processing under 28 CFR 16.5(d)(1)(iv), as "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

iii



**Jeremy Bigwood**
**3200 16th St. NW #806**
**Washington, D.C. 20010**
(202) 319-9150/ (202) 351-5000
bigwood@rcn.com

I should also point out that the concept - the "spirit" - of the Freedom of information Act is that government processes be made transparent as quickly and as efficiently as possible, so that an informed public may be able to make decisions about its management.

Thank you for your consideration of this request. As applicable Department regulations provide, I will anticipate your determination within ten (10) calendar days as stipulated by §552(a)(6)(E)(ii)(I).

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief as stipulated by §552(a)(6)(E)(vi).

Thank you for your time and consideration,

Sincerely,

Jeremy Bigwood

iv

Print Request:   All Documents

Time of Request: June 30, 2004  12:50 PM EDT

Number of Lines: 1810
Job Number:      1821:2353089

Client ID/Project Name:

Note: 99 citations

Research Information:

 News, All (English, Full Text)
Venezuela national endowment for democracy united states

1. The Nation, September 2, 2002, No. 7, Vol. 275; Pg. 7 ; ISSN: 0027-8378, 230 words, Examining the Venezuela coup--gingerly; In Fact ...; Brief Article
... by the Bush Administration and the National Endowment for Democracy with individuals and political parties in Venezuela who would become involved ...
... see "Our Gang in Venezuela?" August 5/12]. The ...
Venezuela Relations with the United States; United States Relations with Venezuela
Venezuela Relations with the United States; United States Relations with Venezuela
NATIONAL ENDOWMENT FOR DEMOCRACY (93%);
NATIONAL ENDOWMENT FOR DEMOCRACY (93%);
Venezuela Relations with the United States; United States Relations with Venezuela 1USA United States; 3VENE Venezuela; 1 NORTH AMERICA (94%); UNITED STATES (94%); SOUTH AMERICA (93%); VENEZUELA (93%);
1USA United States; 3VENE Venezuela; 1 NORTH AMERICA (94%); UNITED STATES (94%); SOUTH AMERICA (93%); VENEZUELA (93%);

2. The International Herald Tribune, March 12, 2004 Friday, NEWS; Pg. 2, 666 words, U.S. aids foes who want to oust him, Chavez says, Juan Forero, CARACAS:
... opposition groups by the National Endowment for Democracy, which is financed by Congress, is ...
... administration considers the rehabilitation of Venezuela's battered political parties the ...
... authoritarian. "The future of Venezuelan democracy depends on the rebuilding of ...
... get its hands off Venezuela" and charging that the Bush administration is " ...
... idea of trying to blockade Venezuela, or, even worse, of invading Venezuela." Relations between the two ...
... validate the petitions. For the United States, which has close economic ties to Venezuela and is dependent on the country's ...
... institution capable of restoring democracy by generating solidly ...
... generating sound policies." National Endowment for Democracy aid had fallen to $257,000 ...
... other beneficiaries in Venezuela were crippled by Chavez's ...
... agency's goal was to promote democracy. In a phone ...
... endowment worked in Venezuela with civic groups without ...
... on the Web site of the Venezuela Solidarity Committee, show that ...
NATIONAL ENDOWMENT FOR DEMOCRACY (64%);
VENEZUELA (89%); SOUTH AMERICA (89%); UNITED STATES (79%); NORTH AMERICA ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (64%);

3. Newsday (New York), April 4, 2004 Sunday, NEWS; Pg. A24, 873 words, TENSION IN VENEZUELA; Activist eyes groups' funding; Brooklyn lawyer says U.S. government funds are aiding those trying to overthrow president, BY BART JONES. STAFF WRITEREDNASSAU AND SUFFOLK
... in her mother's homeland, Venezuela, Golinger has become alarmed ...
... but congressionally funded National Endowment for Democracy, which says its mission is "to strengthen ...
... organizations were funded by the National Endowment for Democracy or its grantees were named to the junta's ...
... endowment] say they are supporting democracy when they are funding groups that backed the ...
... democrats in countries where democracy is developing or under siege," ...

... said. Chávez has polarized Venezuela. Many middle- and upper- ...
... 1993, Golinger moved to Venezuela to get in touch with her ...
... on events in Venezuela. The coup, which the White House ...
... unfair attacks by the United States and the media against Chávez. She ...
... a group called the Venezuela Solidarity Committee and, with the help of ...
... requests to find out what the National Endowment for Democracy was doing in Venezuela. Some scholarly critics ...
... unfair attacks by the United States against 2) AFP/GETTY IMAGES PHOTO- Venezuela's Hugo Chávez.
ECONOMY; IMMIGRATION; VENEZUELA; QUOTE
NATIONAL ENDOWMENT FOR DEMOCRACY (81%)
SOUTH AMERICA (91%); VENEZUELA (91%); NORTH AMERICA (90%); UNITED STATES (90%)


4. The New York Times, March 11, 2004 Thursday, Late Edition - Final, Section A; Column 1; Foreign Desk; Pg. 3, 789 words, Chavez Says U.S.
Is Fueling His Enemies, By JUAN FORERO, CARACAS, Venezuela, March 10
 Under United States pressure to allow a ...
... information in reams of United States government documents, made ...
... opposition groups by the National Endowment for Democracy, a nonprofit agency financed by the United States Congress, is not new. Nor is the ...
... administration considers the rehabilitation of Venezuela's battered political parties the ...
... authoritarian. "The future of Venezuelan democracy depends on the rebuilding of ...
... get its hands off Venezuela" and charging that the Bush administration is " ...
... idea of trying to blockade Venezuela, or, even worse, of invading Venezuela." Relations between the two ...
... arbitrarily disallowed. For the United States, which is dependent on Venezuelan ...
... institution capable of restoring democracy by generating solidly ...
... other beneficiaries in Venezuela were left crippled after ...
... agency's goal was to promote democracy. In a phone ...
... endowment had worked in Venezuela with civic groups without ...
... on the Web site of the Venezuela Solidarity Committee, show that ...
... signatures received aid from the National Endowment for Democracy, an organization financed by the United States Congress. (Photo by ...
United States International Relations; Recall ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (91%)
National Endowment for Democracy
NORTH AMERICA (90%); UNITED STATES (90%); SOUTH AMERICA (90%); VENEZUELA (90%)
Venezuela; Venezuela


5. The Bulletin's Frontrunner, April 25, 2002 Thursday, International News, 456 words, US Funding For Venezuelan Groups Under Scrutiny After
Thwarted Coup.
... In the past year, the United States channeled hundreds of thousands of ...
... funds "were provided by the National Endowment for Democracy, a nonprofit agency ...
... conditions deteriorated in Venezuela and Mr. Chavez clashed with ...
... quadrupling its budget for Venezuela to more than $877,000. While the ...
... expressed goal is to promote democracy around the world, the State ...
... for work in Venezuela, which sponsored trips to Washington ...
... an office in Venezuela, received a grant of $ ...
... rose up to defend democracy in their country,' the institute's ...
... institute's work in Venezuela in the future." The institute "has ...
... secretary of state for democracy, human rights and labor, is ...
... REPUBLICAN INSTITUTE (59%); NATIONAL ENDOWMENT FOR DEMOCRACY (59%); AFL-CIO ( ...
SOUTH AMERICA (94%); VENEZUELA (94%); NORTH AMERICA (90%); UNITED STATES (90%);
... REPUBLICAN INSTITUTE (59%); NATIONAL ENDOWMENT FOR DEMOCRACY (59%); AFL-CIO ( ...


6. The Bulletin's Frontrunner, April 26, 2002 Friday, International News, 342 words, Venezuela Investigates Claims That US Soldiers Aided Coup.
... Denies Endowment For Democracy's Funds Used In ...
... both funded by the National Endowment for Democracy. The New York Times ...
... opposition any hint that the United States would support a military or ...
NATIONAL ENDOWMENT FOR DEMOCRACY (82%); NATIONAL DEMOCRATIC ...
VENEZUELA (90%); SOUTH AMERICA ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (82%); NATIONAL DEMOCRATIC ...


7. The Oil Daily, March 2, 2004, No. 40, Vol. 54; Pg. ITEM04061002 ; ISSN: 0030-1434, 692 words, Venezuelan Oil Flows Normal After Chavez
Threats to US., Vasquez, Patricia I.
... idea of trying to blockade Venezuela or even worse, of invading Venezuela ... the people of the United States should know that not a drop of oil
would reach them from Venezuela, not a drop ... '
... criticized President Bush. Venezuela is among the four main ...
... past four days, as Venezuela's electoral authorities failed to ...
... for a referendum. Venezuela's constitution requires 2.4 ...
... Chavez. In Washington, Venezuela's ambassador to the US, Bernardo ...
... political rally. He emphasized that Venezuela's government has no intention of ...
... Americans don't know of Venezuela's efforts each day to ...
... led strike that paralyzed Venezuela's oil industry and a ...
... denounced US organizations such as the National Endowment for Democracy (NED) for funding ...

... by the US in Venezuela's internal affairs (OD, ...
... company Petroleos de Venezuela (PDV) for their participation ...
... days were the most violent that Venezuela has witnessed since the strike, ...
PETROLEOS DE VENEZUELA SA (60%); NATIONAL ENDOWMENT FOR DEMOCRACY (60%); OIL DAILY ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (60%); OIL DAILY ( ...
VENEZUELA (94%); SOUTH AMERICA ( ...
... NORTH AMERICA (79%); UNITED STATES (79%); PUERTO RICO ( ...
VENEZUELA (94%); SOUTH AMERICA ( ...
... NORTH AMERICA (79%); UNITED STATES (79%); PUERTO RICO ( ...

8. BBC Monitoring International Reports, February 16, 2004, 677 words, VENEZUELA'S CHAVEZ REITERATES CLAIM THAT USA FUNDED
RECALL DRIVE AGAINST HIM
... show monetary support from the National Endowment for Democracy (NED) to groups such as Sumate which ...
... US government would react if Venezuela financed efforts to oust ...
... admirer of Jefferson - for Democracy and then I send Im ...
NATIONAL ENDOWMENT FOR DEMOCRACY (75%); NATIONAL ELECTIONS ...
NATIONAL ENDOWMENT FOR DEMOCRACY (75%); NATIONAL ELECTIONS ...
VENEZUELA (91%); SOUTH AMERICA (91%); UNITED STATES (79%); NORTH AMERICA (79%); US United States of America; VE
Venezuela; XR Americas; XC ...
VENEZUELA (91%); SOUTH AMERICA (91%); UNITED STATES (79%); NORTH AMERICA ( ...

9.  The New York Times, April 25, 2002 Thursday,  Late Edition - Final , Section A; Column 1; Foreign Desk; Pg. 6, 912 words, U.S. Bankrolling
Is Under Scrutiny for Ties to Chavez Ouster , By CHRISTOPHER MARQUIS , WASHINGTON, April 24
In the past year, the United States channeled hundreds of thousands of ...
... funds were provided by the National Endowment for Democracy, a nonprofit agency  ...
... conditions deteriorated in Venezuela and Mr. Chavez clashed with ...
... quadrupling its budget for Venezuela to more than $877,000.
... expressed goal is to promote democracy around the world, the State ...
... unconstitutional overthrow of the government of Venezuela," said the official, who ...
... for work in Venezuela, which sponsored trips to Washington ...
... an office in Venezuela, received a grant of ...
... rose up to defend democracy in their country," the institute's ...
... institute's work in Venezuela in the future. The institute has ...
... secretary of state for democracy, human rights and labor, is ...
... at the institute on Venezuela involved finding ways to ...
... democratic opposition in Venezuela -- including training in ...
... increased its outlays in Venezuela in the past year as ...
... each year to pro-democracy groups from Africa to Asia. ...
... independent status enables the United States to support democratic actors  ...
UNITED STATES INTERNATIONAL RELATIONS; FOREIGN ...
NATIONAL ENDOWMENT FOR DEMOCRACY (83%)
NATIONAL ENDOWMENT FOR DEMOCRACY
NORTH AMERICA (93%); UNITED STATES (93%); SOUTH AMERICA (92%); VENEZUELA (92%)
VENEZUELA

10. The Boston Globe, August 18, 2002, Sunday, ,THIRD EDITION, Pg. A12, 1270 words, US TAX DOLLARS HELPED FINANCE SOME
CHAVEZ FOES, REVIEW FINDS, By Mike Ceaser, Globe Correspondent
... given to organizations in Venezuela by the National Endowment for Democracy, has found that US tax ...
... allowing him to return to power. The United States soon came under ...
... US policy to strengthen democracy in Latin America. The ...
... Congress. Its purpose is to strengthen democracy worldwide, but critics have ...
... leftist policies intensified Venezuela's political and social crisis, the ...
... international oil prices. Venezuela is the third-largest oil exporter to the United States. At home, too, the confrontational ...
... York Times reported that the National Endowment for Democracy had financed opposition groups, ...
... Chavez antagonized much of Venezuela's civil society, the inclusion of ...
... leader. The institute's grant from the National Endowment for Democracy grew from $50,000 in ...
... rose up to defend democracy in their country," he wrote. The ...
... on its work in Venezuela. Another institute-sponsored ...
... Hugo Chavez (right) of Venezuela talking with El Valle ...
NATIONAL ENDOWMENT FOR DEMOCRACY (56%);
UNITED STATES (90%); NORTH AMERICA ( ...
... SOUTH AMERICA (89%); VENEZUELA (89%); CUBA (59%);
CARACAS, VENEZUELA (88%);
NATIONAL ENDOWMENT FOR DEMOCRACY (56%);
US AID VENEZUELA TAXATION  COUPS (90%);  ...

11. The Independent, February 18, 2004, 355 words, US IS TRYING TO OVERTHROW ME, SAYS VENEZUELAN LEADER, Alexandra Olson in
Caracas
... yesterday angrily accused the United States of being behind a ...

A visit to Venezuela on Monday by  ...
... campaign "to try to destabilise Venezuela", Mr Chavez said. The ...
... election. Relations between Venezuela, a top oil ...
... received funds from the US National Endowment for Democracy. Venezuela's National Elections Council is ...
... beneficiary of the endowment's funds, Venezuela says, citing documents ...
UNITED STATES (93%); NORTH AMERICA (93%); SOUTH AMERICA ( ...
... CUBA (72%); US United States of America; VE Venezuela; XR Americas; XC ...
UNITED STATES (93%); NORTH AMERICA (93%); SOUTH AMERICA ( ...

12. The Washington Times, April 26, 2002, Friday, Final Edition, WORLD; Pg. A13, 553 words, Reich denies coup endorsement, By Tom Carter,
THE WASHINGTON TIMES
... both funded by the National Endowment for Democracy. The New York Times ...
... opposition any hint that the United States would support a military or ...
... change of government in Venezuela," Mr. Reich said. ...
... Mr. Reich said, 'The United States is not going to recognize ...
... yesterday in Caracas, Venezuela. Mr. Tortoza was killed ...
VENEZUELA (90%); SOUTH AMERICA ( ...

13. San Antonio Express-News (Texas), December 31, 2003, Wednesday, , METRO, Pg. 7B, 718 words, Praise liberty's advances, but much work
remains, Jonathan Gurwitz
... advocate for international democracy and freedom.   Despite continued ...
... taste the fruits of freedom and democracy. The countries at the bottom of the ...
... progress toward freedom and democracy in some countries from which ...
... free or mostly free democracies such as India, Bangladesh, Turkey and ...
... Islam, that is the determining factor.   The United States and other democracies are partly culpable for ...
... in a speech to the National Endowment for Democracy in November.   "Sixty ...
... safe," Bush said. "Therefore, the United States has adopted a new ...
... dictatorship is growing in Venezuela, the menace of nuclear blackmail ...
... progress. Thanks to the efforts of the United States and its allies, the people of Iraq are ...
... nations achieve freedom and democracy, they rarely regress. "Democracy and its attendant institutions are the best ...
... observation in his speech to the National Endowment for Democracy.   "Historians in the future ...
FREEDOM HOUSE (91%); NATIONAL ENDOWMENT FOR DEMOCRACY (56%);
FREEDOM HOUSE (91%); NATIONAL ENDOWMENT FOR DEMOCRACY (56%);

14. The Washington Daybook, November 8, 2002, The United States Institute of Peace (USIP) - holds a¬ briefing on "Iraq After Hussein: A Road
Map for Transition.", 10 a.m., USIP, 2nd Floor, Conference Room, 1200 17th Street NW, Washington, DC
... East and North Africa National Endowment for Democracy; Rubar Sandi, founder and ...

15. State Department, April 1, 2004, NEWS FROM THE WASHINGTON FILE, 1486 words, U.S. Defends Support of Democracy in Venezuela,
Elsewhere; Maisto rejects Venezuelan accusations before OAS Permanent Council
The United States supports democracy and democratic institutions in the ...
... Hemisphere and around the world, and the National Endowment for Democracy (NED) plays an ...
... efforts of the NED in Venezuela and worldwide, while rejecting ...
... OAS Jorge Valero that the United States has employed the NED to support ...
... democratic activities in Venezuela aimed at ousting ...
... government is proud to promote democracy and democratic institutions in the ...
... aimed at strengthening democracy and democratic institutions not only in Venezuela, but worldwide."
... U.S. efforts to promote democracy in the hemisphere are fully ...
... U.S. support for democracy regionally and globally and makes ...
... year to support pro-democracy groups and activities in the ...
... for its successes in democracy-building by leaders such as ...
.. Maisto stressed that promoting democracy is a cornerstone of U.S. foreign policy, and he outlined the United States' hopes for Venezuela and the
hemisphere as a whole. " ...
... end, our aspirations for Venezuela -- and for the rest of the hemisphere -- are to ...
... Ambassador Maisto's response to Venezuela's accusations: (begin text) ...
... Maisto, Permanent Representative of the United States, to charges made by the Delegation of Venezuela at the Regular Session of the ...
... by the Permanent Representative of Venezuela, marked by all ...
... off the coast, from the government of Venezuela. They have come in a ...
... itself, as demonstrated by Venezuela's recent unjust attacks ...
... delegations should be concerned by Venezuela's attempt to undermine the IACHR. ...
... Castro. Frankly, when the government of Venezuela characterizes this Organization as "another ministry of the United States," I'm not sure whom
...
... rejects this latest eruption from Venezuela. These irresponsible and baseless accusations are ...
... at stake in Venezuela -- the need to resolve the political ...
... international community: the state of democracy in Venezuela. The government of Venezuela's recent attack on ...
... government is proud to promote democracy and democratic institutions in the ...
... aimed at strengthening democracy and democratic institutions not only in Venezuela, but worldwide. Our efforts ...
... parties are essential elements of democracy. We underscore the importance of rules to ...
... population..." Our support for democracy comes in many ...

... most important being the National Endowment for Democracy (NED), a private, ...
... year to support pro-democracy groups and activities in ...
... for its successes in democracy-building. The U.S. government, ...
... inception in promoting democracy in Argentina, Chile, ...
... Panama, Paraguay, Peru, and Venezuela, to name only a ...
... 1988, to an announcement that the United States Congress had approved funding to the National Endowment for Democracy to support a peaceful transition to democracy in Chile. Promoting democracy is a cornerstone of U.S. ...
... Unit for the Promotion of Democracy, the Inter-American Commission ...
... end, our aspirations for Venezuela -- and for the rest of the hemisphere -- are to ...
SOUTH AMERICA (90%); VENEZUELA (90%);

16. Los Angeles Times, February 15, 2004 Sunday,  Home Edition, OPINION; Editorial Pages Desk; Part M; Pg. 2, 923 words, DIPLOMACY; United States Can't Let Haiti Slip Into Abyss;  Elements of American policy will continue to fuel the crisis unless they are reversed., Michael Marx McCarthy, Michael Marx McCarthy is a research associate in Latin America studies at the Council on Foreign Relations., WASHINGTON
... missteps, it could have a Venezuela-like problem on its ...
... Beyond the obvious caveat that the United States should not support extra- ...
... foreign countries, the case of Venezuela offers another lesson for Haiti. In Venezuela, U.S. policy used ...
... informal actors burned the United States because some of them received assistance from the congressionally funded National Endowment for Democracy, Washington couldn't effectively ...
... pursued under the guise of "democracy promotion" because the U.S. aid ...
... policymakers will be whether politicizing democracy promotion was worth legitimizing ...
... Haiti. What's important to building democracy in countries like Haiti and Venezuela is recognizing to whom private and public ...
... NORTH AMERICA (93%); UNITED STATES (90%); SOUTH AMERICA (57%); VENEZUELA (57%); EUROPE (52%); ...

17. University Wire, January 13, 2003, Monday, COLUMN, 873 words, U.S. must reassess its views on Venezuelan conflict, By Jake Glazeski, Daily Nebraskan
... democratically elected leader -- because the United States may actually be playing ...
... Carmona's illegitimate government, the United States at first endorsed this ...
... Prior to the April coup, the United States is known to have met with opposition leaders from Venezuela, including Pedro Carmona ...
... opposition groups in Venezuela through the National Endowment for Democracy, a private organization ...
... government to so-called "democracy-building" groups in ...
... might briefly consider what the United States would do if it were discovered that private ...
... for early elections, the United States has backed off to recommend ...
... no close friend of the United States. He has made overtures toward ...
... company, the Petroleos de Venezuela S.A. These are both hotly ...
... by the neoliberal elite of Venezuela and the United States. The PdVSA, as an example, was ...
... opposition than there really is. This is a situation where the United States bears some responsibility. ...
... democratically elected leader of Venezuela, refuse to support any ...
... use of force in Venezuela (though it has paved the ...
NATIONAL ENDOWMENT FOR DEMOCRACY (51%);
UNITED STATES (96%); NORTH AMERICA ( ...
... SOUTH AMERICA (79%); VENEZUELA (79%); CHINA (50%); ...
NATIONAL ENDOWMENT FOR DEMOCRACY (51%);

18. SATURDAY State-Times/Morning Advocate (Baton Rouge, Louisiana), September 21, 2002, Saturday, METRO EDITION, 405 words, Civics education pushed by Bush, hush civicsok.rak
... us, he is now president of the United States, charged with the task of leading a large and diverse democracy. Today, he is deeply concerned with what he ...
... several programs, through the National Endowment for the Humanities and the National ...
NATIONAL ENDOWMENT FOR THE HUMANITIES (64%);
NATIONAL ENDOWMENT FOR THE HUMANITIES (64%);

19. News and Observer (Raleigh, NC), January 10, 2003 Friday,, FINAL EDITION, EDITORIAL/OPINION;, Pg. A16, 230 words,  Venezuela's 'strike'
... more balanced coverage of Venezuela. To my knowledge, the following ...
... media:  1) Under Venezuela's constitution, a recall ...
... U.S. subsidies through the National Endowment for Democracy, widely regarded as a ...
... legitimacy of the Bolivarian Republic of Venezuela, whose government is led by ...
... AMERICAN STATES (69%); NATIONAL ENDOWMENT FOR DEMOCRACY (69%);
VENEZUELA (91%); SOUTH AMERICA ( ...
... AMERICAN STATES (69%); NATIONAL ENDOWMENT FOR DEMOCRACY (69%);

20. The Independent (London), February 18, 2004, Wednesday, FOREIGN NEWS; Pg. 23, 356 words, US IS TRYING TO OVERTHROW ME, SAYS VENEZUELAN LEADER, ALEXANDRA OLSON IN CARACAS
... yesterday angrily accused the United States of being behind a ...
A visit to Venezuela on Monday by ...
... campaign "to try to destabilise Venezuela", Mr Chavez said. The ...
... election. Relations between Venezuela, a top oil ...
... received funds from the US National Endowment for Democracy. Venezuela's National Elections Council is ...

... beneficiary of the endowment's funds, Venezuela says, citing documents ...
UNITED STATES (92%); NORTH AMERICA (92%); VENEZUELA (91%); SOUTH AMERICA ( ...
UNITED STATES (92%); NORTH AMERICA (92%); VENEZUELA (91%); SOUTH AMERICA ( ...

21. Buffalo News (New York), May 9, 2004 Sunday, FINAL EDITION, LOCAL, Pg.B3, 472 words, GRADUATES GET ADVICE FOR REAL
LIFE/
... times" faced by the United States and the world, he urged the Class of ...
... loyal to the nation and the ideals of democracy and freedom. Willey, who ...
... arts organizations, including the National Endowment for the Arts. Sen. ...
... STATE COLLEGE (80%); NATIONAL ENDOWMENT FOR THE ARTS (62%);
... STATE COLLEGE (80%); NATIONAL ENDOWMENT FOR THE ARTS (62%);

22. BBC Monitoring Latin America - Political Supplied by BBC Worldwide Monitoring, May 19, 2004, Wednesday, 253 words, Venezuelan
opposition members expect to be charged with treason, conspiracy
... especially from the Washington-based National Endowment for Democracy (NED).
NATIONAL ENDOWMENT FOR DEMOCRACY (90%);
NATIONAL ENDOWMENT FOR DEMOCRACY (90%);
VENEZUELA (90%); SOUTH AMERICA ( ...
VENEZUELA (90%); SOUTH AMERICA ( ...

23. Santa Fe New Mexican (New Mexico), December 5, 2003 Friday, PASATIEMPO; Pg. P-84, 753 words, LIVE, INSIDE THE COUP, Teri
Thomson Randall
... media. The two had been in Venezuela for seven months ...
... attack on the palace. Venezuela is the world's fifth largest oil producer and supplies the United States with 14 percent of its oil. ...
... reformed Petroleos de Venezuela and also doubled the royalties charged to ...
... oil companies in Venezuela, chief among them the U.S. ...
... oil embargo against the United States in response to its policies ...
... concerns in Washington that the United States would be unable to rely on Venezuela for a steady ...
... filmmakers said they learned that the National Endowment for Democracy, a U.S. agency that ...
... retake the palace and defend democracy and the constitution. Second, Chavez had ...
... presidency encouraged the citizens of Venezuela to know their constitution. "Under ...
VENEZUELA (90%); SOUTH AMERICA ( ...
... NORTH AMERICA (73%); UNITED STATES (55%);

24. State Department, July 30, 2002, NEWS FROM THE WASHINGTON FILE, 1637 words, State Department Issues Report on U.S. Actions
During Venezuelan Coup; Inspector General finds U.S. officials acted properly during coup
... April coup against Venezuela's president. The report, submitted ...
... States (OAS) to promote democracy and constitutionally in the Western ...
... State Department officials with Venezuela's interim government and its supporters.
... condemn those steps and to restore democracy and constitutionality in Venezuela," the report said. In ...
... within the limits of the constitution of Venezuela. "This policy was expressed orally ...
... represented there, as well as officials from the National Endowment for Democracy, which works to strengthen democracy in Venezuela. Under
U.S. law, the ...
... J. Dodd, Chairman of the United States Senate Subcommittee on ...
... asked the Inspector General of the United States Department of State (Department) and the ...
... Department worked to support democracy and constitutionality in Venezuela. Based on credible ...
... condemn those steps and to restore democracy and constitutionality in Venezuela. 2. "What was U.S. policy toward Venezuela during the six
months ...
... In brief, the policy of the United States toward Venezuela during the operative period was support for democracy and constitutionality. The
Department and the embassy ...
... within the limits of the constitution of Venezuela. This policy was expressed orally ...
... agreement designed to promote democracy and constitutionality in the Americas. ...
... aims, intentions, and/or plans. United States officials consistently responded to such ...
... assistance programs in Venezuela during the six months ...
... program funded by the National Endowment for Democracy -- carried out in ...
... assistance programs in Venezuela, including those funded by the National Endowment for Democracy (NED), were inconsistent with U.S. ...
SOUTH AMERICA (94%); VENEZUELA (94%); NORTH AMERICA ( ...
VENEZUELA (93%); SOUTH AMERICA ( ...

25. The Weekly Standard, May 19, 2003, Monday, Articles; Vol. 8; No. 35, 708 words, Oh, the Humanities! NEH chairman Bruce Cole's cure for
national amnesia., Rachel DiCarlo
... COLE, the new chairman of the National Endowment for the Humanities, wants to ...
... a monarchy, a democracy is not automatically self- ...
... Italy was an ally of the United States in World War ...
NATIONAL ENDOWMENT FOR THE HUMANITIES (93%); NATIONAL ENDOWMENT (77%);
UNITED STATES (87%); NORTH AMERICA ( ...
HISTORY CHANNEL (63%); NATIONAL ENDOWMENT FOR THE HUMANITIES (93%); NATIONAL ENDOWMENT (77%);

26. U.S. Newswire, June 13, 2001, Wednesday, NATIONAL DESK, 80 words, Text of Bush Message To Congress Regarding The National Endowment For Democracy, WASHINGTON, June 13
bc-WH-National-Endowment ;
... White House:    TO THE CONGRESS OF THE UNITED STATES:
... transmit herewith the Annual Report of the National Endowment for Democracy for fiscal year ...
... HOUSE INC (95%);   NATIONAL ENDOWMENT FOR DEMOCRACY (96%); CONGRESS OF THE UNITED STATES (90%);
bc-WH-National-Endowment ; PRESS RELEASES (91%);  ...

27. CNBC News Transcripts, WSJ Editorial Board (9:00 PM ET) - CNBC, June 14, 2002 Friday, 646 words, State of American educational system, STUART VARNEY
... Constitution.' Yeah.  That was the chairman of the National Endowment of the Arts speaking recently ...
... At Large Columnist): Our National Endowment for the Humanities, I  ...
... worried about the future of this democracy because of test results like that and the  ...
... I disagree with, with the head of the National Endowment for the Humanities.  I really  ...
... know they live in this democracy, and they see it in  ...
NATIONAL ENDOWMENT OF THE ARTS (76%); NATIONAL ENDOWMENT FOR THE HUMANITIES (52%);
... 72%); ENGLAND (72%); UNITED STATES (57%); NORTH AMERICA ( ...
NATIONAL ENDOWMENT OF THE ARTS (76%); NATIONAL ENDOWMENT FOR THE HUMANITIES (52%);

28. San Antonio Express-News (Texas), January 19, 2003, Sunday, , METRO, Pg. 6H, 787 words, South American oil is also part of volatile mix ; Troubled Venezuela has a stake in a possible war with Iraq., DICK J. REAVIS-lead- If President Bush pulls the trigger on Iraq, he'll be starting a war whose aim, he says, is "to disarm Saddam." His spokesmen routinely deny that the real object of the war is to commandeer Iraq's oil reserves, the second-largest in the world.  Most Americans believe the president, but skepticism is rife in the Arab world, as well as closer to home. Many people in Colombia and Venezuela, because of recent experiences unique to their countries, have joined the ranks of doubt.
... people in Colombia and Venezuela, because of recent experiences unique to their  ...
... contend with drug barons. The United States, always sympathetic to Colombia's  ...
... until last fall, the United States balked at dispatching  ...
... mission is protecting that pipeline. The United States is not yet in  ...
... twist, is afoot in Venezuela. Instead of trying to help  ...
... keep oil flowing, the United States is trying to help an  ...
... past two years, the National Endowment for Democracy, funded by our government, has  ...
... nationalization of Petroleos de Venezuela, S.A., or PDVSA, the country's  ...
... April, Foundation for Democracy dollars helped anti-  ...
... Zulia - Zulia being Venezuela's chief oil-producing  ...
... plain. What's happening in Venezuela, he says, is that a coup - or  ...
... begin the privatization of the industry."   The United States is not in a  ...
... for oil in Venezuela, we're in a  ...
... for oil, in Venezuela. And of course, plotting for "  ...
... SOUTH AMERICA (91%); UNITED STATES (89%); NORTH AMERICA (89%); VENEZUELA (89%);
PETROLEOS DE VENEZUELA SA (84%);

29. The Record (Kitchener-Waterloo, Ontario), January 2, 2004 Friday Final Edition, INSIGHT; Pg. A11, 723 words, Despite terrorism, more countries experience freedom, JONATHAN GURWITZ
... advocate for international democracy and freedom. Despite continued  ...
... taste the fruits of freedom and democracy. The countries at the bottom of the  ...
... progress toward freedom and democracy in some countries from which  ...
... free or mostly free democracies such as India, Bangladesh, Turkey and  ...
... Islam, that is the determining factor. The United States and other democracies are partly culpable for  ...
... in a speech to the National Endowment for Democracy in November. "Sixty  ...
... safe," Bush said. "Therefore, the United States has adopted a new  ...
... dictatorship is growing in Venezuela; the menace of nuclear blackmail  ...
... progress. Thanks to the efforts of the United States and its allies, the people of Iraq are  ...
... nations achieve freedom and democracy, they rarely regress. "Democracy and its attendant institutions are the best  ...
... observation in his speech to the National Endowment for Democracy. "Historians in the future  ...
... grow stronger. Summary - " Democracy and its attendant institutions are the best  ...
FREEDOM HOUSE (91%); NATIONAL ENDOWMENT FOR DEMOCRACY (56%);

30. FDCH Political Transcripts, January 29, 2004 Thursday, NEWS EVENT, 724 words, LAURA BUSH DELIVERS REMARKS ON THE NATIONAL ENDOWMENT FOR THE ARTS BUDGET, LAURA BUSH, FIRST LADY, WASHINGTON, D.C., LAURA BUSH (97%); WILLIAM SHAKESPEARE DAY (92%); JACK JOSEPH VALENTI (53%);
... DELIVERS REMARKS ON THE NATIONAL ENDOWMENT FOR THE ARTS, AS RELEASED  ...
... your leadership at the National Endowment for the Arts, and your  ...
... education in America. The National Endowment for the Arts is committed to  ...
... 2005 budget for the National Endowment for the Arts. (APPLAUSE)  ...
... founding fathers believed that democracy demands wisdom. The study and  ...
ARTS ENDOWMENT (96%); NATIONAL ENDOWMENT FOR THE ARTS (95%); NATIONAL ENDOWMENT (93%);
UNITED STATES (89%); NORTH AMERICA ( ...
ARTS ENDOWMENT (96%); NATIONAL ENDOWMENT FOR THE ARTS (95%); NATIONAL ENDOWMENT (93%);



31. Federal Document Clearing House Congressional Testimony, March 6, 2002 Wednesday, CAPITOL HILL HEARING TESTIMONY, 2299 words, HOUSE APPROPRIATIONS, FISCAL 2003 APPROPRIATIONS, EILEEN B. MASON, ACTING CHAIRMAN
... Mason Acting Chairman of the National Endowment for the Arts Before the ...
... 117.382 million for the National Endowment for the Arts. This request ...
... sworn in as Chairman of the National Endowment for the Arts. Dr. ...
... past and that continues to thrive because our democracy values individual thought, ...
NATIONAL ENDOWMENT FOR THE ARTS (93%); ...
NORTH AMERICA (90%); UNITED STATES (90%);
NATIONAL ENDOWMENT FOR THE ARTS (93%); ...

32. Canadian Dimension, May 1, 2003, No. 3, Vol. 37; Pg. 20; ISSN: 0008-3402, 1010 words, Venezuelan labour takes the reins; political and international aspects of organized labor and the general strike, Lebowitz, Michael
... much confusion outside Venezuela about what exactly has been happening there. ...
... crony capitalism and sham democracy that had left 80 per ...
... effect of this offensive by Venezuela's oligarchy has been the increase in the ...
... it has enjoyed outside Venezuela, as its member unions leave. ( ...
... various fronts, like the National Endowment for Democracy -- which financed the American Center ...
... opponents of "the process" in Venezuela will attempt to maintain their ...
... themselves of what is happening in Venezuela and its workers' movement. Michael ...
... currently residing in Venezuela.
... aspects Petroleos de Venezuela S.A. Political aspects; Petroleos de Venezuela S.A. Labor relations; Petroleos de Venezuela S.A. Economic aspects
PETROLEOS DE VENEZUELA SA (93%);  BOLIVARIAN ...
3VENE Venezuela; ICANA Canada; 1USA United States; 1  VENEZUELA (96%); SOUTH AMERICA ( ...
3VENE Venezuela; ICANA Canada; 1USA United States; 1  VENEZUELA (96%); SOUTH AMERICA ( ...

33. Africa News, October 29, 2003 Wednesday, 958 words, Congo-Kinshasa; Hope Comes to DRC With New UN Peace-Building Effort, NGO Reports, United States Department of State
... Africa program officer with the National Endowment for Democracy (NED) and Steven Smith, ...
... REPUBLIC OF CONGO (93%); NATIONAL ENDOWMENT FOR DEMOCRACY (64%); NATIONAL ENDOWMENT (60%); UNITED NATIONS ...
... NORTH AMERICA (71%); UNITED STATES (71%); AFRICA (58%);
... REPUBLIC OF CONGO (93%); NATIONAL ENDOWMENT FOR DEMOCRACY (64%); NATIONAL ENDOWMENT (60%); UNITED NATIONS ...

34. Weekly Compilation of Presidential Documents, June 18, 2001, No. 24, Vol. 37; Pg. 891 ; ISSN: 0511-4187, 68 words, Message to the Congress Transmitting a Report of the National Endowment for Democracy; George W. Bush; Brief Article
... 11, 2001  To the Congress of the United States:  In accordance with the provisions of ...
... transmit herewith the Annual Report of the National Endowment for Democracy for fiscal year ...
... HOUSE INC (55%);  NATIONAL ENDOWMENT FOR DEMOCRACY (94%); OFFICE OF THE PRESS ...
National Endowment for Democracy Finance  NATIONAL ENDOWMENT FOR DEMOCRACY (94%); OFFICE OF THE PRESS ...
1USA United States; 1

35.  The New York Times, December 14, 2002 Saturday,   Late Edition - Final , Section A; Column 1; Foreign Desk; Pg. 3, 914 words, Shifting Stance, U.S. Calls for Early Election in Venezuela , By JAMES DAO , WASHINGTON, Dec. 13
... early elections in Venezuela, where unrest has persisted and deepened ...
... powerful oil industry. Venezuela is among the top four exporters of crude oil to the United States.  "The United States is convinced that the only peaceful and ...
... persistent unrest in Venezuela -- at least until ...
... wants thus to be resolved the way democracies resolve issues, which is through the ...
... erupt into violence." He added that the United States supported "a peaceful, ...
... viable electoral solution to Venezuela's crisis." In the past year or more, the United States has channeled hundreds of thousands of ...
... money, provided by the National Endowment for Democracy, a nonprofit agency ...
... a very quick resolution to this." Venezuela's Constitution allows for ...
... resignation. As the situation in Venezuela deteriorated this week, the United States stepped up its efforts to ...
... Shannon, to Caracas, where he met with Venezuela's foreign minister, government ...
... Department said. Today Venezuela was the subject of debate at ...
... Chavez said today that Venezuela might try to restart ...
... a protest against Venezuela's president, Hugo Chavez. ( ...
POLITICS AND GOVERNMENT; UNITED STATES INTERNATIONAL RELATIONS;  UNITED STATES-INTERNATIONAL RELATIONS-VENEZUELA;  LABOR;  STRIKES;  ELECTIONS; ...
SOUTH AMERICA (92%); VENEZUELA (92%); NORTH AMERICA (90%); UNITED STATES (90%)
VENEZUELA

36. BBC Monitoring Middle East - Political Supplied by BBC Worldwide Monitoring, November 9, 2003, Sunday, 347 words, Iran: Commentary criticizes Bush remarks on Middle East democratization
... Bush's speech at the National Endowment for Democracy Thursday, 6 November calling for the propagation of democracy and freedom in the Middle ...
... strongly opposed the establishment of democracy in the Middle East. ...
... country's national security, democracy and civil liberties have suffered ...

... show that even if its version of democracy were to take roots in ...
NATIONAL ENDOWMENT FOR DEMOCRACY (83%); NATIONAL ENDOWMENT (65%);
NATIONAL ENDOWMENT FOR DEMOCRACY (83%); NATIONAL ENDOWMENT (65%);
AMERICA (90%); UNITED STATES (79%); NORTH AMERICA ( ...
AMERICA (90%); UNITED STATES (79%); NORTH AMERICA ( ...

37. THE KOREA HERALD, June 25, 2001, Monday, 142 words, Sejong-NED forum on political fund
... Korea's Sejong Institute and the National Endowment for Democracy (NED) of the United States will hold a ...
... on political funds and democracy in East Asia ...
... affiliated with the Democratic Party of the United States, will also participate in the ...
... politicians and political scientists from the United States, United Kingdom, Japan, the ...
... in 1998 to develop democracy in East Asia.
NATIONAL ENDOWMENT FOR DEMOCRACY (94%); NATIONAL ENDOWMENT (92%); NATIONAL DEMOCRATIC ... ·
NATIONAL ENDOWMENT FOR DEMOCRACY (94%); NATIONAL ENDOWMENT (92%); NATIONAL DEMOCRATIC ...

38. Financial Times (London, England), May 25, 2004 Tuesday,  USA Edition 2, LETTERS TO THE EDITOR; Pg. 12, 279 words,  Disaster
beckons as Venezuela is riven by partisan voices, By DAVID LEHMAN
... reversal of democratisation in Venezuela.
... US government, through its National Endowment for Democracy, has encouraged the opposition as if it was ...
NATIONAL ENDOWMENT FOR DEMOCRACY (78%)
SOUTH AMERICA (90%); VENEZUELA (90%)
VE Venezuela; XR Americas; XC ...

39. BBC Monitoring International Reports, May 19, 2004, 253 words, VENEZUELAN OPPOSITION MEMBERS EXPECT TO BE CHARGED
WITH TREASON, CONSPIRACY
... especially from the Washington-based National Endowment for Democracy (NED).
NATIONAL ENDOWMENT FOR DEMOCRACY (88%);
NATIONAL ENDOWMENT FOR DEMOCRACY (88%);
VENEZUELA (91%); SOUTH AMERICA (91%); VE Venezuela; XR Americas; XC ...
VENEZUELA (91%); SOUTH AMERICA ( ...

40. BBC Monitoring Latin America - Political Supplied by BBC Worldwide Monitoring, February 25, 2004, Wednesday, 966 words, Venezuela:
Highlights of Radio Nacional de Venezuela news 2200 gmt 24 Feb 04
Radio Nacional de Venezuela, Caracas, in Spanish ...
... media circus to tarnish Venezuela's image abroad." (2.5  ...
... head of the Permanent Mission of Venezuela to the United Nations in ...
... owned National Radio of Venezuela) said the attack was ordered ...
... Venezuelan lawmakers reaffirmed Venezuela's honouring of all the commitments with the United States and demanded respect for their
Venezuelan democracy and people. The deputies have scheduled ...
... financing granted by the National Endowment for Democracy to Venezuelan opposition groups. ( ...
NATIONAL RADIO OF VENEZUELA (60%);  NATIONAL ELECTORAL ...
VENEZUELA (90%); SOUTH AMERICA ( ...
VENEZUELA (90%); SOUTH AMERICA ( ...

41. The Independent (London), March 13, 2004, Saturday, First Edition; FOREIGN NEWS; Pg. 33, 735 words, US REVEALED TO BE SECRETLY
FUNDING OPPONENTS OF CHAVEZ, ANDREW BUNCOMBE IN WASHINGTON Opponents of President Hugo Chavez stage a protest rally in
Caracas Chico Sanchez/EPA; Mr Chavez told US hands off Venezuela' AP
... ongoing effort to build democracy and "strengthen political parties"  ...
... get its hands off Venezuela". The revelation about America's ...
... done in the name of democracy but it's rather hypocritical. Venezuela does have a democratically elected ...
... funding has been made by the National Endowment for Democracy (NED) a non- ...
... an effort to strengthen democracy. But critics of the NED ...
... Washington is doing." In Venezuela, the NED channelled the money to ...
... political parties in Venezuela - Democratic Action, Copei and ...
... organisation's aim is to promote democracy and "build political space". He ...
... civic groups in Venezuela with no political ties and ...
... Relations between the US and Venezuela have not been so tense ...
... market policies. But Venezuela is also America's fourth largest ...
NATIONAL ENDOWMENT FOR DEMOCRACY (81%);
NATIONAL ENDOWMENT FOR DEMOCRACY (81%);
SOUTH AMERICA (90%); VENEZUELA (90%); CENTRAL AMERICA ( ...
SOUTH AMERICA (90%); VENEZUELA (90%); CENTRAL AMERICA ( ...

42. U.S. Newswire, April 23, 2001, Monday, ASSIGNMENT DESK, DAYBOOK EDITOR, 254 words, IRI, NDI To Sponsor Discussion With
Former Venezuelan Presidential Candidate Dr. Francisco Arias Cardenas
... currently head of the Party Venezuela Digna.  He will discuss ...
... profit organizations that, with funding from the National Endowment for Democracy and the U.S. Agency for ...
... INTERNATIONAL DEVELOPMENT (71%); NATIONAL ENDOWMENT FOR DEMOCRACY (71%);

43. U.S. Newswire, April 22, 2001, Sunday, ASSIGNMENT DESK, DAYBOOK EDITOR, 254 words, IRI, NDI To Sponsor Discussion With Former Venezuelan Presidential Candidate Dr. Francisco Arias Cardenas
... currently head of the Party Venezuela Digna. He will discuss ...
... profit organizations that, with funding from the National Endowment for Democracy and the U.S. Agency for ...
... INTERNATIONAL DEVELOPMENT (71%); NATIONAL ENDOWMENT FOR DEMOCRACY (71%);

44. The Orange County Register, May 3, 2002, Friday, COMMENTARY, K2435, 251 words, Endowing paranoia
... Friday it was revealed that the United States, through an organization called the National Endowment for Democracy, channeled hundreds of thousands of ...
This has reinforced an impression that the United States led the coup attempt. There is ...
... in that. But the very existence of the National Endowment feeds such suspicions. It is time to eliminate it. The National Endowment for Democracy, with a budget of about $ ...
NATIONAL ENDOWMENT FOR DEMOCRACY (92%);
NORTH AMERICA (90%); UNITED STATES (90%);
... COUNTY REGISTER (74%);   NATIONAL ENDOWMENT FOR DEMOCRACY (92%);

45. State Department, April 22, 2004, NEWS FROM THE WASHINGTON FILE, 2025 words, U.S. Outlines Deterioration of Venezuela's Human Rights Situation; Also examines threats to freedoms of political expression, press
The United States is concerned with the deterioration of Venezuela's human rights situation, ...
... nation, and questions related to Venezuela's recall referendum process, ...
... Promotion of Human Rights and Democracy. In an April ...
... rights situation" in Venezuela under President Hugo ...
... political detainees in Venezuela during this time period.
... rights groups, thus contributing to Venezuela's polarization and encouraging attacks ...
... press and free speech. The United States also is concerned with Venezuela's recall referendum and shares the ...
... recall. All of this is very troubling to the United States, Jackson said. "We are deeply ...
... rights and freedoms in Venezuela," he added. He said the United States will continue to support ...
... peaceful and electoral solution" to Venezuela's current crisis, and he urged all citizens of Venezuela to respect democratic order and ...
... channels. For its part, the United States will "continue to work ...
... but are designed to strengthen democracy. Following is the text of Jackson's ...
... on Human Rights and Democracy in Venezuela Robert P. Jackson ...
... Promotion of Human Rights and Democracy, Bureau of Democracy, Human Rights and Labor ...
... on the situation in Venezuela. We appreciate your decision to ...
... briefing now, as the citizens of Venezuela continue to seek a ...
... rights situation in Venezuela, including developments that pose ...
... advance human rights and democracy in Venezuela and throughout the world. I ...
... last month. Many of Venezuela's current troubles are the result of ...
... Rights Practices in Venezuela, the government's human rights ...
... Security forces in Venezuela have been linked to the mistreatment of prisoners, ...
... Catholic Church, and pro-democracy institutions such as the National Endowment for Democracy. Such rhetoric contributes to social and political polarization in Venezuela, works to intimidate legitimate ...
... thwarted more than 800,000 Venezuela citizens from exercising their constitutional ...
... about transparency in Venezuela's electoral process. We are also concerned about the government of Venezuela's harsh rhetoric, including ...
... national electoral institutions and Venezuela's citizenry. We have seen disturbing ...
... rights and freedoms in Venezuela. We note that discussions on the ...
... calling on the government of Venezuela and the political opposition to find ...
... exercise of the essential elements of democracy and the principles of the Inter-American ...
... freedom of expression and the press. The United States supports OAS Resolution ...
... urge all citizens of Venezuela to respect democratic order and ...
... Chavez, and to support and reform Venezuela's democratic institutions. Some of this ...
... bureau and implemented through the National Endowment for Democracy -- are designed to strengthen the democratic ...
... by stressing that promotion of democracy and the protection of fundamental human ...
... element of our foreign policy. The United States will continue to use ...
... at our disposal to strengthen democracy and to institutionalize democratic reforms ...
... stable, prosperous and peaceful Venezuela and a stable, prosperous and ...
SOUTH AMERICA (74%); VENEZUELA (74%);

46. The Washington Daybook, October 7, 2003, United States House of Representatives, Daily Schedule, House Chamber
... museum of dentistry in the United States; H. Res. 355, ...
... diplomatic relations between the United States and Bulgaria; H. R. ...
... Res. 274, commending the National Endowment for Democracy for its contributions to democratic ...
... 20th anniversary of the establishment of the National Endowment for Democracy; and motions to instruct conferees ...

47. FDCH Federal Department and Agency Documents REGULATORY INTELLIGENCE DATA, January 29, 2004 Thursday, 691 words, WHITE HOUSE, 09 - General Classification, REMARKS BY FIRST LADY LAURA BUSH ON THE NATIONAL ENDOWMENT FOR THE ARTS, 202-456-7150
.. your leadership at the National Endowment for the Arts, and your ...
... education in America. The National Endowment for the Arts is committed to ...
... 2005 budget for the National Endowment for the Arts. (Applause.) ...

... founding fathers believed that democracy demands wisdom. The study and ...
NORTH AMERICA (90%); UNITED STATES (90%);
ARTS ENDOWMENT (95%); NATIONAL ENDOWMENT FOR THE ARTS (93%); NATIONAL ENDOWMENT (92%);

48. Central News Agency - Taiwan, September 19, 2002, Thursday, 182 words, U.S. DEMOCRACY-PROMOTION GROUP TO HONOR ROC
FIRST LADY WITH MEDAL, By Jay Chen & Maubo Chang, Washington, Sept. 18
A private democracy-promotion group said ...
... chen with a medal. The Democracy Service Medal will be ...
... an official for the National Endowment for Democracy.
... honor those who help democracy take root. Other ...
... ten-day trip to the United States that will make her, along with ...
NATIONAL ENDOWMENT (71%); NATIONAL ENDOWMENT FOR DEMOCRACY (56%);
NORTH AMERICA (91%); UNITED STATES (91%); ASIA (88%); ...
DEMOCRACY SERVICE (90%); WASHINGTON WEDNESDAY (55%); NATIONAL ENDOWMENT (71%); NATIONAL ENDOWMENT
FOR DEMOCRACY (56%);

49. Public Papers of the Presidents, June 18, 2001, Monday, Volume 37--Number 24, 70 words, Message to the Congress Transmitting a Report of the
National Endowment for Democracy, This message was released by the Office of the Press Secretary on June 13.
... 11, 2001  To the Congress of the United States: In accordance with the provisions of ...
... transmit herewith the Annual Report of the National Endowment for Democracy for fiscal year ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%); OFFICE OF THE PRESS ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%); OFFICE OF THE PRESS ...

50. Channel NewsAsia, September 26, 2002 Thursday, WORLD, 250 words, Taiwan's first lady meets members of US Congress
... part of her continuing visit to the United States. Wu is the wife of Taiwan's ...
... continues to champion the cause of democracy. First Lady Wu ...
... life. And, she added that creating democracy and freedom in Taiwan was what ...
... everlasting. In 1979 the United States Congress passed the Taiwan ...
... moment, Wu was given the Democracy Service Medal of the National Endowment for Democracy. She was given the medal for her ...
... character and her commitment to the spirit of democracy in Taiwan and the world.
NATIONAL ENDOWMENT (67%); NATIONAL ENDOWMENT FOR DEMOCRACY (51%);
... NORTH AMERICA (91%); UNITED STATES (91%);
DEMOCRACY SERVICE (89%);  NATIONAL ENDOWMENT (67%); NATIONAL ENDOWMENT FOR DEMOCRACY (51%);

51. Africa & The Middle East Telecom, January 1, 2004, No. 1, Vol. 5; Pg. 1, 229 words, Bush requests $ 40 million for Middle East "democracy
campaign"; Across the Region; George W. Bush; Brief Article
... Congress to double the budget of the National Endowment for Democracy (NED) to spend more than $ ...
... proposal to double the budget of the National Endowment for Democracy and to focus its new work ...
... said. Hostility towards the United States has reached shocking levels ...
... Washington's plan to "spread democracy" in the Middle East is ...
... program aims to "encourage democracy and open markets in the ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%); VOICE OF AMERICA ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%); VOICE OF AMERICA ( ...
MIDDLE EAST (90%); UNITED STATES (79%); NORTH AMERICA ( ...
MIDDLE EAST (90%); UNITED STATES (79%); NORTH AMERICA ( ...

52. Morning Star, March 19, 2004, Pg. 2, 255 words, Chavez warns US of oil price jump;
... sources of foreign oil.  Venezuela provides about 15 ...
... it were to invade or blockade Venezuela. Mr Chavez accuses the ...
... 2002 coup and criticises the National Endowment for Democracy for funding groups ...
... seeking the recall referendum.  The National Endowment for Democracy is an US not- ...
NATIONAL ENDOWMENT FOR DEMOCRACY (83%);
VENEZUELA (91%); SOUTH AMERICA ( ...

53. States News Service, February 23, 2004 Monday, 529 words, REP. LUGAR INTRODUCES FREE PRESS INITIATIVE, States News Service,
WASHINGTON
... media in the world." "The United States government through various ...
... Department to provide funding to the National Endowment for Democracy (NED) for a ...
... more than 20 years the National Endowment for Democracy has been leading American efforts to ...
... It is important to note that the National Endowment for Democracy has established a reputation ...
... best traditions of American democracy, and they have provided continuity to democratization ...
... press in emerging democracies goes beyond advocacy of ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%);
UNITED STATES (58%); NORTH AMERICA ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%);

54. News and Observer (Raleigh, NC), February 16, 2003 Sunday,, FINAL EDITION, ARTS & ENTERTAINMENT;, Pg. G1, 1135 words,  A sense
of adventure, Roy C. Dicks, Correspondent
... reasons I chose the United States as the place where I would make ...

... won an award from the National Endowment for the Arts. Mechetti has been ...
... not only around the United States, but for many international orchestras, from Japan to Venezuela to Sweden. In one ...
NATIONAL ENDOWMENT FOR THE ARTS (54%);
UNITED STATES (91%); NORTH AMERICA ( ...
... SOUTH AMERICA (52%); VENEZUELA (52%); ITALY (50%);
NATIONAL ENDOWMENT FOR THE ARTS (54%);

55. In These Times, April 12, 2004, FRONTLINE; Pg. 8, 801 words, Chavez Escapes Recall; But the Venezuela opposition escalates its tactics., By Steve Ellner; STEVE ELLNER is coeditor of Venezuelan Politics in the Chavez Era: Class, Polarization and Conflict, which will be released in paperback in April.
... hierarchy and, more recently, the United States. Chavez has prioritized the poorer ...
... groups by the notorious National Endowment for Democracy. Close to the podium a ...
... mache piranha represented the United States; nearby was a small fish representing Venezuela. Some observers, including ...
... Chavez's hostility toward democracy, just as the Chavistas are certain that the ...
Picture, The Venezuela opposition has resorted to burning ...
VENEZUELA (90%); SOUTH AMERICA ( ...

56. BBC Monitoring International Reports, November 9, 2003, 356 words, IRAN: COMMENTARY CRITICIZES BUSH REMARKS ON MIDDLE EAST DEMOCRATIZATION
... Bush's speech (at the National Endowment for Democracy Thursday, 6 November) calling for the propagation of democracy and freedom in the Middle ...
... strongly opposed the establishment of democracy in the Middle East. ...
... country's national security, democracy and civil liberties have suffered ...
... show that even if its version of democracy were to take roots in ...
NATIONAL ENDOWMENT FOR DEMOCRACY (84%); NATIONAL ENDOWMENT (64%);
NATIONAL ENDOWMENT FOR DEMOCRACY (84%); NATIONAL ENDOWMENT (64%);
UNITED STATES (92%); NORTH AMERICA ( ...
... IR Iran; US United States of America; XR Americas; ...
UNITED STATES (92%); NORTH AMERICA ( ...

57. States News Service, January 29, 2004 Thursday, 1154 words, NATIONAL ENDOWMENT FOR THE HUMANITIES ANNOUNCES FIRST 'LANDMARKS OF AMERICAN HISTORY' WORKSHOPS, States News Service, ST. AUGUSTINE, Fla.
The National Endowment for the Humanities issued the following press release: The National Endowment for the Humanities (NEH) ...
... cultural sites across the United States. NEH established the grant ...
... classroom." Teachers from across the United States will participate in these ...
... Fla. * Landmarks of American Democracy: From Freedom Summer to the Memphis ...
NATIONAL ENDOWMENT FOR THE HUMANITIES (99%); NATIONAL ENDOWMENT (92%), FLORIDA HUMANITIES ...
NORTH AMERICA (79%); UNITED STATES (79%); AFRICA (52%);
NATIONAL ENDOWMENT FOR THE HUMANITIES (99%); NATIONAL ENDOWMENT (92%), FLORIDA HUMANITIES ...

58. State Department, July 10, 2002, NEWS FROM THE WASHINGTON FILE, 477 words, Laura Bush Salutes Four Muslim Women as Forces for Freedom; Presents them with National Endowment for Democracy awards
... Muslim women with the 2002 Democracy Award July 9, ...
... world. The annual award from the National Endowment for Democracy (NED) went this year to ...
... Lady Laura Bush National Endowment for Democracy Awards July 9, 2002 Thank you, and congratulations to the National Endowment for Democracy award winners. These women are ...
... award winners. Through the National Endowment for Democracy, we support and acknowledge those who ...
... responsibility, about peace and democracy. -- They fight for free ...
... culture. Respect for democracy, human rights, free ...
... parts of the world. Together, the United States and the allies of democracy, like these women, are proving that the ...
NATIONAL ENDOWMENT FOR DEMOCRACY (95%);
... NORTH AMERICA (52%); UNITED STATES (52%);
UNITED STATES (57%); NORTH AMERICA ( ...

59. Al-Bawaba, January 22, 2004 Thursday, 236 words, Bush requests $40 million for Middle East "democracy campaign", By Mena Report Reporters
Bush; Democracy; Middle East; Partnership; ...
... Congress to double the budget of the National Endowment for Democracy (NED) to spend more than $ ...
... proposal to double the budget of the National Endowment for Democracy and to focus its new work ...
... said. Hostility towards the United States has reached shocking levels ...
... Washington's plan to "spread democracy" in the Middle East is ...
... program aims to "encourage democracy and open markets in the ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%); VOICE OF AMERICA ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%); VOICE OF AMERICA ( ...
... NORTH AMERICA (79%); UNITED STATES (79%);
... NORTH AMERICA (79%); UNITED STATES (79%);
Bush; Democracy; Middle East; Partnership; ...

60. Rochester Democrat and Chronicle, February 24, 2004 Tuesday Metro Edition, SPEAKING OUT; Pg. 7A, 1171 words, Letters To The Editor, Readers
... it undermines the concept of democracy in which we the people make the ...
... millions of dollars (through the National Endowment for Democracy) to build an opposition ...
... April coup in Venezuela for the same reason. Are we ...
... inconsequential. Providing Iraq with democracy is a sham. President Bush effectively diminished democracy in the United States. He has an obsession for ...

61. The National Journal, January 24, 2004, Inside Washington; Vol. 36, No. 4, 1734 words
... proposed a doubling of the National Endowment for Democracy's budget, to encourage, among ...
NATIONAL ENDOWMENT FOR DEMOCRACY (84%); AMERICAN FEDERATION OF ...
MIDDLE EAST (73%); UNITED STATES (71%); NORTH AMERICA ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (84%); AMERICAN FEDERATION OF ...

62. The Bulletin's Frontrunner, November 6, 2003 Thursday, 3013 words, Today's Events In Washington.
... at the 20th anniversary of the National Endowment for Democracy, US Chamber of Commerce, ...
FULL COMMITTEE (90%); NATIONAL ENDOWMENT FOR DEMOCRACY (84%); GENERAL ACCOUNTING ...
NORTH AMERICA (87%); UNITED STATES (79%); ASIA (57%); ...
... FULL COMMITTEE (90%); NATIONAL ENDOWMENT FOR DEMOCRACY (84%); GENERAL ACCOUNTING ...

63. BBC Monitoring Latin America - Political Supplied by BBC Worldwide Monitoring, February 16, 2004, Monday, 678 words, Venezuela's Chavez reiterates claim that USA funded recall drive against him
... show monetary support from the National Endowment for Democracy (NED) to groups such as Sumate which ...
... US government would react if Venezuela financed efforts to oust ...
... admirer of Jefferson - for Democracy and then I send 1m ...
NATIONAL ENDOWMENT FOR DEMOCRACY (70%); NATIONAL ELECTIONS ...
NATIONAL ENDOWMENT FOR DEMOCRACY (70%); NATIONAL ELECTIONS ...
VENEZUELA (90%); SOUTH AMERICA ( ...
VENEZUELA (90%); SOUTH AMERICA ( ...

64. The Bulletin's Frontrunner, May 23, 2001, 175 words, Editorial: US Should Withhold Aid To Egypt In Wake Of American Citizen's Imprisonment.
... institutions as the European Union and the National Endowment for Democracy was sentenced to seven years ...
... Normally there's not much the United States can do about such outrages, which ...
EUROPEAN UNION (83%); NATIONAL ENDOWMENT FOR DEMOCRACY (71%);
... NORTH AMERICA (79%); UNITED STATES (79%); CUBA (54%);
... EUROPEAN UNION (83%); NATIONAL ENDOWMENT FOR DEMOCRACY (71%);

65. Sunday Advocate (Baton Rouge, Louisiana), February 24, 2002, Sunday, METRO EDITION, 902 words, Performance artist Holly Hughes to appear at Claude L. Shaver, ANNE PRICE
... Holly Hughes, whose battles with the National Endowment for the Arts made ...
... Tour of the Dark Side of Democracy, at 8 p.m. ...
... Department sent the case to the United States Supreme Court, where the original ...
NATIONAL ENDOWMENT FOR THE ARTS (94%); SUPREME COURT OF THE UNITED STATES (90%); PERFORMING ARTS COMMITTEE (76%); NATIONAL ENDOWMENT (66%);
NORTH AMERICA (54%); UNITED STATES (54%);
NEA FOUR (66%);  NATIONAL ENDOWMENT FOR THE ARTS (94%); SUPREME COURT OF THE UNITED STATES (90%);
PERFORMING ARTS COMMITTEE (76%); NATIONAL ENDOWMENT (66%);

66. The New York Times, March 1, 2004 Monday,  Late Edition - Final, Section A; Column 1; Foreign Desk; Pg. 3, 991 words, Venezuelan Leader, Battling a Recall, Mocks Bush, By JUAN FORERO, CARACAS, Venezuela, Feb. 29
... American aggressions, "the people of the United States should know that they will not ...
... another drop of oil from Venezuela." The American energy market is heavily reliant on Venezuela, one of the top four providers of petroleum to the United States.
... Bush administration of destabilizing Venezuela and coveting the country's huge ...
... even the legitimate president of the United States." Mr. Chavez, a leftist populist, has ruled Venezuela since his election in ...
... a dictator and mismanaging Venezuela, Latin America's fourth- ...
... longer run the country.  Venezuela had been relatively peaceful in ...
... repair period and "show Venezuela and the world if it is true that they ...
... received $53,000 from the United States government. The money came from the National Endowment for Democracy, which had funneled hundreds of thousands of ...
... in order to promote democracy."  In downtown Caracas, ...
... president from the opposition, and our country from the United States," said Ana Garcia, ...
... President Hugo Chavez of Venezuela yesterday accused the Bush administration of meddling in Venezuela's affairs and supporting antigovernment ...
... Oil (Petroleum) and Gasoline; United States International Relations; Elections; ...
NORTH AMERICA (92%); UNITED STATES (92%); SOUTH AMERICA (92%); VENEZUELA (92%); EUROPE (53%); ...
Venezuela; Caracas (Venezuela)  ; Venezuela

67. White House Press Releases, June 13, 2001, WHITE HOUSE PRESS RELEASES, 63 words, Message to Congress Regarding the National Endowment for Democracy
... 13, 2001 To the Congress of the United States: In accordance with the provisions of ...
... transmit herewith the Annual Report of the National Endowment for Democracy for fiscal year ...
NATIONAL ENDOWMENT FOR DEMOCRACY (95%);

68. Africa News, May 27, 2004 Thursday, 302 words, Liberia; Violence Becomes Necessary, If..., The Analyst
... ALJA) in collaboration with the National Endowment for Democracy (NDI) held on the ...
.. Maryland University in the United States.
NATIONAL ENDOWMENT FOR DEMOCRACY (73%);
... NORTH AMERICA (72%); UNITED STATES (72%);
NATIONAL ENDOWMENT FOR DEMOCRACY (73%);

69. St. Petersburg Times (Florida), November 10, 2003 Monday 0 South Pinellas Edition, EDITORIAL; Pg. 8A, 456 words, Freedom begins at home
... intended audience. Speaking to the National Endowment for Democracy Thursday, the president demanded ...
... paying lip service to democracy.
.. show the way toward democracy in the Middle East." ...
NATIONAL ENDOWMENT FOR DEMOCRACY (84%); NATIONAL ENDOWMENT (62%);
... 72%); AFRICA (72%); UNITED STATES (56%); SYRIA (56%);  ...

70. The Oil Daily, February 26, 2004, No. 37, Vol. 54; Pg. ITEM04056007 ; ISSN: 0030-1434, 725 words, Venezuelan Lawmakers Accuse US of Funding Opposition.
WASHINGTON -- Members of Venezuela's National Assembly representing the ...
... came hours after Venezuela's electoral officials declared that ...
... government of intervening in Venezuela's internal affairs through the National Endowment for Democracy (NED). They handed out ...
... during the news conference that Venezuela's National Assembly will ...
... US Congress.  In Venezuela, political tension mounted ...
... for intervening in Venezuela's affairs will not ...
... said to Oil Daily. Venezuela is among the four main ...
... a stop in Venezuela. Patricia I. Vasquez
NATIONAL ENDOWMENT FOR DEMOCRACY (78%); NATIONAL ASSEMBLY ( ...
NATIONAL ENDOWMENT FOR DEMOCRACY (78%); NATIONAL ASSEMBLY ( ...
VENEZUELA (91%); SOUTH AMERICA ( ...
VENEZUELA (91%); SOUTH AMERICA ( ...

71. The Guardian (London), April 29, 2002, Guardian Foreign Pages, Pg. 9, 697 words, American navy 'helped Venezuelan coup', Duncan Campbell in Los Angeles
   The United States had been considering a coup to ...
... took place in Venezuela on April 11 with ...
... Both sides in Venezuela have blamed the other for the ...
... US citizens in Venezuela was required.  In Caracas, ...
... accused the US ambassador to Venezuela, Charles Shapiro, and two ...
... coup d'etat in Venezuela is evident."  The US embassy ...
... funds were provided by the National Endowment for Democracy, a nonprofit agency ...
VENEZUELA (93%); SOUTH AMERICA (93%); UNITED STATES (93%); NORTH AMERICA ( ...
VENEZUELA (93%); SOUTH AMERICA (93%); UNITED STATES (93%); NORTH AMERICA ( ...

72. The Nation, May 27, 2002, No. 20, Vol. 274; Pg. 6 ; ISSN: 0027-8378, 1190 words, When Is a Coup a Coup?Venezuela, SHERMAN, SCOTT
.. ball on our first Venezuela editorial."
... coup?" asked Weiner. "When the United States says so, it ...
... 24 Marquis reported that the United States provided funds to the Venezuelan opposition through the National Endowment for Democracy. The Post's Scott Wilson ...
... familiar with the situation in Venezuela, you ask yourself: Where did Carmona ...
... in their initial response to the Venezuela situation, didn't allow " ...
... won democratic elections. The United States must stay true to its ...
... on April 17: "The United States, proclaimed champion of democracy, embarrassed itself by ...
... stay on the side of democracy." Scott Sherman is a ...
Venezuela Politics and government
Venezuela Politics and government  MEXICO ...
Venezuela Politics and government 3VENE Venezuela  SOUTH AMERICA (93%); VENEZUELA (93%); NORTH AMERICA ( ...
3VENE Venezuela  SOUTH AMERICA (93%); VENEZUELA (93%); NORTH AMERICA ( ...

73.  The Washington Post, April 28, 2002 Sunday,  Final Edition, EDITORIAL; Pg. B07, 786 words, Democracy Takes a Hit, Mary McGrory
... all happened in Venezuela, although the how is not ...
... third-largest supplier to the United States.  But the coup didn't work in Venezuela. Democracy prevailed. The man the White ...
... reputation for promoting democracy, one of the stated goals of our ...
... Recent accounts of the activities of the National Endowment for Democracy, which happened to sponsor a ...
... president proclaimed the shutdown of democracy, the poor people of Caracas -- ...
... reaffirming our preference for democracy.   Democracy is taking a hit ...

... plan for "fictional democracy with all powers and control ...
VENEZUELA (88%); SOUTH AMERICA (88%); UNITED STATES (77%); NORTH AMERICA ( ...

74. Africa News, May 27, 2004 Thursday, 302 words, Liberia; Violence Becomes Necessary, If..., The Analyst
... ALJA) in collaboration with the National Endowment for Democracy (NDI) held on the ...
... Maryland University in the United States.
... ELECTION COMMISSION (75%); NATIONAL ENDOWMENT FOR DEMOCRACY (73%);
... NORTH AMERICA (72%); UNITED STATES (72%); EUROPE (50%);
... ELECTION COMMISSION (75%); NATIONAL ENDOWMENT FOR DEMOCRACY (73%);

75. Africa News, May 27, 2004 Thursday, 302 words, Liberia; Violence Becomes Necessary, If..., The Analyst
... ALJA) in collaboration with the National Endowment for Democracy (NDI) held on the ...
... Maryland University in the United States.
... ELECTION COMMISSION (75%); NATIONAL ENDOWMENT FOR DEMOCRACY (73%);
... NORTH AMERICA (72%); UNITED STATES (72%); EUROPE (50%);
... ELECTION COMMISSION (75%); NATIONAL ENDOWMENT FOR DEMOCRACY (73%);

76. Africa News, May 27, 2004 Thursday, 302 words, Liberia; Violence Becomes Necessary, If..., The Analyst
... ALJA) in collaboration with the National Endowment for Democracy (NDI) held on the ...
... Maryland University in the United States.
... ELECTION COMMISSION (75%); NATIONAL ENDOWMENT FOR DEMOCRACY (73%);
... NORTH AMERICA (72%); UNITED STATES (72%); EUROPE (50%);
... ELECTION COMMISSION (75%); NATIONAL ENDOWMENT FOR DEMOCRACY (73%);

77. Charleston Gazette (West Virginia), April 30, 2002, Tuesday, Editorial; Pg. P4A, 797 words, World democracy indispensable, Mary McGrory
... all happened in Venezuela, although the how is not ...
... third-largest supplier to the United States. But the coup didn't work in Venezuela. Democracy prevailed. The man the White ...
... reputation for promoting democracy, one of the stated goals of our ...
... Recent accounts of the activities of the National Endowment for Democracy, which happened to sponsor a ...
... president proclaimed the shutdown of democracy, the poor people of Caracas - ...
... reaffirming our preference for democracy. Democracy is taking a hit ...
... plan for "fictional democracy with all powers and control ...
SOUTH AMERICA (88%); VENEZUELA (88%); NORTH AMERICA (79%); UNITED STATES (79%);

78. PR Newswire, April 12, 2002, Friday, WASHINGTON DATELINE, 483 words, IRI President Folsom Praises Venezuelan Civil Society's
Defense of Democracy, WASHINGTON, April 12
bc-DC-IRI-Venezuela;
... in their efforts to bring democracy to the country. The following is a ...
... rose up to defend democracy in their country. Venezuelans were ...
... struggle to restore genuine democracy to their country. IRI will ...
... partners to help rebuild Venezuela's fractured political system and restore elected democracy to the country.    *IRI has promoted the strengthening
of democracy in Venezuela since 1994 and recognizes that Venezuela's future is not a ...
... organization dedicated to advancing democracy worldwide. IRI's programs ...
... federally funded through the National Endowment for Democracy (NED) and the U.S. Agency ...
SOUTH AMERICA (99%); VENEZUELA (99%); NORTH AMERICA ( ...
SOUTH AMERICA (99%); VENEZUELA (99%); NORTH AMERICA ( ...
... 76%);  District of Columbia, Venezuela
bc-DC-IRI-Venezuela; Not-For-Profits    ...

79. M2 PRESSWIRE, February 6, 2003, 862 words, OXFORD UNIVERSITY    Oxford University honours Rhodes Scholars
... on the Arts and Humanities, National Endowment for Democracy, and the Federal Reserve Bank of ...
... National Academies of Education of the United States and Argentina.
... ARTS & SCIENCES (68%); NATIONAL ENDOWMENT (61%); NATIONAL ENDOWMENT FOR DEMOCRACY (53%);
... ARTS & SCIENCES (68%); NATIONAL ENDOWMENT (61%); NATIONAL ENDOWMENT FOR DEMOCRACY (53%);

80. FDCH Political Transcripts, January 29, 2004 Thursday, NEWS EVENT, 728 words, LAURA BUSH DELIVERS REMARKS ON THE
NATIONAL ENDOWMENT FOR THE ARTS, LAURA BUSH, FIRST LADY OF THE UNITED STATES, LAURA BUSH (97%); WILLIAM
SHAKESPEARE DAY (92%); JACK JOSEPH VALENTI (53%);
... DELIVER REMARKS ON THE NATIONAL ENDOWMENT FOR THE ARTS, AS RELEASED ...
... BUSH, FIRST LADY OF THE UNITED STATES    BUSH: Thank you very much, ...
... your leadership at the National Endowment for the Arts, and your ...
... education in America. The National Endowment for the Arts is committed to ...
... 2005 budget for the National Endowment for the Arts. (APPLAUSE) ...
... founding fathers believed that democracy demands wisdom. The study and ...
ARTS ENDOWMENT (96%); NATIONAL ENDOWMENT FOR THE ARTS (95%); NATIONAL ENDOWMENT (93%);
NORTH AMERICA (90%); UNITED STATES (90%);
ARTS ENDOWMENT (96%); NATIONAL ENDOWMENT FOR THE ARTS (95%); NATIONAL ENDOWMENT (93%);

81. The Nation, January 13, 2003, No. 2, Vol. 276; Pg. 5 ; ISSN: 0027-8378, 1032 words, Venezuela on the brink; Comment., Ellner, Steve

... government nor pro-opposition that Venezuela is on the brink of civil ...
... neutral position, despite the National Endowment for Democracy's generous funding of opposition ...
... past several years. Thus the United States now defers to the Organization of ...
3VENE Venezuela  VENEZUELA (93%); SOUTH AMERICA ( ...
3VENE Venezuela  VENEZUELA (93%); SOUTH AMERICA ( ...

82. Central News Agency - Taiwan, June 08, 2002, Saturday, 181 words, TAIWAN CONSIDERING ESTABLISHING FOUNDATION FOR DEMOCRACY: OFFICIAL, By Victor Lai, Taipei, June 8
... a foundation for democracy, Vice Foreign Minister ...
... Taiwan Foundation for Democracy," will be financed by the ...
... foundation will be similar with that of the National Endowment for Democracy of the United States which, he said, has a yearly ...
... TRADE ORGANIZATION (90%); NATIONAL ENDOWMENT FOR DEMOCRACY (71%); EUROPEAN UNION ( ...
... TRADE ORGANIZATION (90%); NATIONAL ENDOWMENT FOR DEMOCRACY (71%); EUROPEAN UNION ( ...

83. XINHUA GENERAL NEWS SERVICE, June 8, 2001, Friday, WORLD NEWS; POLITICAL, 227 words, Venezuela Hails Successful Delay of "Charter of Democracy" for OAS, CARACAS, June 7
Venezuela-OAS
The successful delay by Venezuela of the "Charter of Democracy" in the General Assembly of the ...
... not that we oppose the Charter of Democracy, we just believe things should be done correctly." The United States, Peru, Costa Rica, ...
... Argentina wanted the "Charter of Democracy" to be approved Tuesday at the ...
... countries, led by Venezuela, objected to the definition of democracy. The "charter of democracy" sets standards under which ...
... government, however, is opposed to making "democracy by representation" the only ...
... said, "Those who seek Venezuela's isolation are meeting with failure."   The ...
VENEZUELA (94%); SOUTH AMERICA ( ...
. NORTH AMERICA (70%); UNITED STATES (55%); COLOMBIA (55%); ...
Venezuela-OAS

84. Sunday Tribune, March 14, 2004,  Pg. 19, 638 words, US bankrolls opponents of Venezuelan president; , Andrew Buncombe Washington
... ongoing effort to build democracy and "strengthen political parties". ...
... get its hands off Venezuela". The revelation about America's ...
... It's rather hypocritical. Venezuela has a democratically elected ...
... funding has been made by the National Endowment for Democracy (NED), a nonprofit ...
... an effort to strengthen democracy. But critics of the NED ...
... government. In the case of Venezuela, the NED channelled the money to ...
... political parties in Venezuela - Democratic Action, Copei and ...
... claimed the aim is to promote democracy. He said the NED had been working with civic groups in Venezuela with no political ties and ...
... Relations between the US and Venezuela have not been so tense ...
... market policies. But Venezuela is also America's fourth largest ...
NATIONAL ENDOWMENT FOR DEMOCRACY (92%);
SOUTH AMERICA (90%), VENEZUELA (90%); NICARAGUA (58%);  ...

85. Central News Agency - Taiwan, September 19, 2002, Thursday, 345 words, FIRST LADY LEAVES FOR U.S. TRIP, By Flor Wang, Taipei, Sept. 19
... 10-day visit to the United States Thursday. President Chen ...
... Sept. 25 by the National Endowment for Democracy at the Capitol for her ...
... on the development of Taiwan's democracy at the New York ...
... Hill where she will receive the Democracy Service Medal , visiting the Red Cross Society of the United States, and meeting with American congressmen, ...
... closer and stronger ties with the United States; -- promote the United States' understanding of Taiwan's democratization; -- ...
... nationals residing in the United States with Taiwan; and -- advocate Taiwan ...
NEW YORK (66%); NATIONAL ENDOWMENT (64%); NATIONAL ENDOWMENT FOR DEMOCRACY (56%);
UNITED STATES (91%); NORTH AMERICA ( ...
DEMOCRACY SERVICE (82%); NEW ...
.. NEW YORK (66%); NATIONAL ENDOWMENT (64%); NATIONAL ENDOWMENT FOR DEMOCRACY (56%);

86. XINHUA GENERAL NEWS SERVICE, December 18, 2002, Wednesday, WORLD NEWS; POLITICAL, 254 words, Top Venezuelan legislator welcomes OAS resolution
Venezuela-OAS-Democracy
... 17 (Xinhua) -- The President of Venezuela's National Assembly, William ...
... resolution in support of democracy in the South American ...
... coup attempt in Venezuela," and supported its Secretary General ...
... stressed." Last Friday, the United States called for elections in Venezuela to overcome the crisis, but ...
... referendum within the framework of Venezuela's Bolivarian Constitution of 1999. With ...
... valid in a democracy as long as it is peaceful. The ...
VENEZUELA (96%); SOUTH AMERICA (96%); UNITED STATES (67%); NORTH AMERICA ( ...
CARACAS, VENEZUELA (73%);
Venezuela-OAS-Democracy  LEGISLATORS (90%); COUPS ( ...

87. BackStage, April 9, 2004, NEWS, 648 words, Gioia Touts New NEA Budget

Dana Gioia, chairman of the National Endowment for the Arts (NEA), ...
... arts funding across the United States. Budget cutbacks are nearly ...
... art and, in a democracy, it is important that its citizens ...
NATIONAL ENDOWMENT FOR THE ARTS (94%); NATIONAL ENDOWMENT (58%);

88. U.S. Newswire, November 3, 2003 Monday, Assignment Desk, Daybook Editor, 463 words, President George W. Bush to Keynote Event Commemorating 20th Anniversary Of National Endowment for Democracy, WASHINGTON, Nov. 3
President of the United States George W. Bush ...
... marking the 20th anniversary of the National Endowment for Democracy (NED), which will be held ...
... foundation that supports the advance of democracy abroad through grants to ...
... still fighting for democracy in every part of the ...
... other essential elements of democracy. NED also publishes the highly acclaimed Journal of Democracy, operates a small ...
... sponsors the Reagan-Fascell Democracy Fellows Program named ...
... World Movement for Democracy, an international network ...
... activists, scholars, parliamentarians, democracy foundations, and others who ...
... Jane Riley Jacobsen of the National Endowment for Democracy, 202-293-9072 or ...
NATIONAL ENDOWMENT FOR DEMOCRACY (97%); INTERNATIONAL REPUBLICAN ...

89. Gannett News Service, October 10, 2003, Friday, 414 words, Highlights from Senate, House, Gannett News Service, WASHINGTON
... a resolution commending the National Endowment for Democracy for its contributions around the ...
... one of the great leaders of the United States. Also Wednesday, the House passed ...
NATIONAL ENDOWMENT FOR DEMOCRACY (59%);
NORTH AMERICA (90%); UNITED STATES (90%);
NATIONAL ENDOWMENT FOR DEMOCRACY (59%);

90. U.S. Newswire, September 5, 2001 Wednesday, National Desk, 512 words, Gephardt Tribute to President Vicente Fox, WASHINGTON, Sept. 5
... Vicente Fox at the National Endowment for Democracy Award Ceremony: "I am honored to be with the National Endowment for Democracy and all the distinguished guests to ...
... for the great progress of democracy in their country. I also ...
... moment for Mexico and the United States. The election of President Fox represents the maturation of Mexican democracy and a growing opportunity ...
... President Fox in the United States. In addition to progress ...
... a common commitment to democracy and human rights and human ...
NATIONAL ENDOWMENT FOR DEMOCRACY (93%);

91. AScribe Newswire, April 22, 2004 Thursday, 1229 words, National Humanities Center Names Fellows for 2004-2005
... colleges and universities across the United States and also from Israel, Norway, and Poland. They ...
... Foundation, the Lilly Endowment, and the National Endowment for the Humanities. The National ...
... World War II: Democracy and Fascism in the Egyptian ...
... LEARNED SOCIETIES (53%); NATIONAL ENDOWMENT FOR THE HUMANITIES (50%);
... LEARNED SOCIETIES (53%); NATIONAL ENDOWMENT FOR THE HUMANITIES (50%);

92. Los Angeles Times, August 15, 2002 Thursday,   Home Edition, MAIN NEWS MAIN NEWS; Part 1; Foreign Desk; Pg. 4 , 227 words, THE WORLD;  Court Rejects Charges in Anti-Chavez Coup;  Venezuela: The president's supporters protest the ruling. Three people are wounded., From Times Wire Services, CARACAS, Venezuela
... urged Americans in Venezuela to avoid the area and monitor ...
... who sided with the minority. "This is democracy. This is the majority's decision, and it ...
REVOLTS; VENEZUELA; POLITICS; CHAVEZ, HUGO
CARACAS, VENEZUELA (51%)
SOUTH AMERICA (94%); VENEZUELA (94%); NORTH AMERICA (69%); UNITED STATES (69%)

93. TASS, January 18, 2003, Saturday, 235 words, Chavez favours expansion of Group of Friends, By Nikolai Palagichev, RIO DE JANEIRO, January 18
BRAZIL-VENEZUELA-GROUP
... Cuba to the Group of Friends of Venezuela. Brazilian Foreign Minister ...
... activity of the Group of Friends of Venezuela that has been recently created in ...
... settle the conflict in Venezuela includes Brazil, the United States, Mexico, Chili, Spain and ...
... settle the crisis in Venezuela. Chavez called for ...
... settle the crisis in Venezuela by respecting the constitution, democracy and the peace process. He said the ...
... improve the situation and help Venezuela find a peaceful ...
GROUP OF FRIENDS OF VENEZUELA (92%);
VENEZUELA (97%); SOUTH AMERICA ( ...
... 73%; EUROPE (73%); UNITED STATES (55%); MEXICO (54%);  ...
... 71%;  GROUP OF FRIENDS OF VENEZUELA (92%);
BRAZIL-VENEZUELA-GROUP  PEACE PROCESS ( ...

94. The Washington Times, February 21, 2002, Thursday, Final Edition, NATION; CULTURE, ET CETERA; Pg. A02, 915 words, Humanities' new mission;  NEH chief Cole aims to transmit nation's history, founding ideals, By Julia Duin, THE WASHINGTON TIMES
... belief in the goodness of democracy. This dream also galvanizes the approximately ...

... who settle in the United States every year. But democracy demands wisdom and vision. ...
... recently appointed to head the National Endowment for the Humanities.
... prepare people for democracy," he says, "telling them where they come from, where they are, and ...
... defending. "The Founders realized democracy doesn't just happen. ...
... statement. It reads: "Because democracy demands wisdom, the National Endowment for the Humanities serves and ...
... openness, our tolerance, our liberties and our democracy." In the works is "We the People," ...
... famous sister agency, the National Endowment for the Arts. Its mission is ...
... new director for the National Endowment for the Humanities, found his ...
NEH COUNCIL (94%); NATIONAL ENDOWMENT FOR THE HUMANITIES (94%); ...
UNITED STATES (89%); NORTH AMERICA ( ...
NEH COUNCIL (94%); NATIONAL ENDOWMENT FOR THE HUMANITIES (94%); ...

95. The Houston Chronicle, May 24, 2004, Monday, 3 STAR EDITION, A;, Pg. 18, 353 words, CHAVEZ'S RECALL; Outside observers must monitor petition recount
Venezuela has a strong democratic ...
... only hope Venezuelan democracy is not subverted or destroyed ...
... loyal following among Venezuela's poor and has provided government ...
... created fear among Venezuela's middle and upper classes. Their ...
... recalls are allowed in Venezuela's constitution, and democracy demands Chavez abide ...
... all his troubles on the United States, which he accuses of wanting to invade Venezuela. Like Castro, his own policies have dampened Venezuela's economy. Houstonians have special reason to be concerned about Venezuela. Chavez controls the government-owned Petroleos de Venezuela, parent company of Citco, our ...
... spigot of Venezuelan oil to the United States, fraudulent handling of the recall ...
... subsequent election could destabilize Venezuela and interrupt its oil production. ...
... Center, the situation could change. Venezuela's democracy hangs in the balance.
SOUTH AMERICA (92%); VENEZUELA (92%); UNITED STATES (89%); NORTH AMERICA ( ...

96. The Bulletin's Frontrunner, May 24, 2002 Friday, Washington's Schedule, 751 words, Today's Events In Washington.
... a.m. Laith Kubba, National Endowment for Democracy, USA. 10 a.m. ...
... SENATE OFFICE (62%); UNITED STATES NAVAL ACADEMY (57%); FREEDOM HOUSE (55%); NATIONAL ENDOWMENT FOR DEMOCRACY (54%); US INSTITUTE OF ...
... SENATE OFFICE (62%); UNITED STATES NAVAL ACADEMY (57%); FREEDOM HOUSE (55%); NATIONAL ENDOWMENT FOR DEMOCRACY (54%); US INSTITUTE OF ...

97. The Washington Post, April 7, 2004 Wednesday,  Final Edition, A Section; A25 , DIPLOMATIC DISPATCHES Nora Boustany, 878 words, Venezuelan Dust-Up Roils Staid Halls of the OAS, Nora Boustany
... millions of dollars to opponents of Venezuela's populist president, Hugo ...
... former U.S. ambassador to Venezuela, read from prepared texts and ...
... added.   "Frankly, when the government of Venezuela characterizes this organization as 'just another ministry of the United States,' I'm not sure whom ...
... U.S. government entities such as the National Endowment for Democracy, which receives funding from Congress. ...
... a peaceful transition to democracy in Chile. Several ...
... dispute between Brazil and the United States concerning a uranium ...
... discussing "Regional Responses to the United States as a Superpower." The event, ...
SOUTH AMERICA (90%); VENEZUELA (78%); NORTH AMERICA (78%); UNITED STATES (78%)

98. Portland Press Herald (Maine), June 14, 2003 Saturday, Final Edition, LOCAL & STATE; Pg. 2B, 520 words, From tiny Easton, young voice draws national attention; Sean O'Mara is one of six winners in a National Endowment for the Humanities essay contest., BOB KEYES Staff Writer, DAMARISCOTTA
... Bruce Cole, chairman of the National Endowment for the Humanities, made his ...
... guiding principles of American democracy. As he cited O'Mara, Cole ...
... began his term as chairman of the National Endowment for the Humanities in ...
... said. A goal of the National Endowment for the Humanities is to encourage ...
NATIONAL ENDOWMENT FOR THE HUMANITIES (94%); SUPREME COURT OF THE UNITED STATES (52%);
UNITED STATES (91%); NORTH AMERICA ( ...
NATIONAL ENDOWMENT FOR THE HUMANITIES (94%); SUPREME COURT OF THE UNITED STATES (52%);

99. Financial Times (London,England) , September 6, 2002 Friday,  London Edition 1, THE AMERICAS ; Pg. 8 , 572 words, Opposition groups mull post-Saddam structures EXILES: , By STEPHEN FIDLER and ROULA KHALAF , LONDON
... now working at the National Endowment for Democracy in Washington, said the ...
NATIONAL ENDOWMENT FOR DEMOCRACY (56%)
IQ Iraq; US United States of America; QA Americas; ...

100. The Washington Times, November 25, 2003, Tuesday, Final Edition, LIFE; PARTY LINES; Pg. B08, 420 words, Victims of Communism medal keeps hope alive, By Christian Toto, THE WASHINGTON TIMES
... honored Mr. Novak and National Endowment for Democracy President Carl Gershman with the ...
... for humanity, we are for democracy. What this country stands for is ...
... awards ceremony. Left: National Endowment for Democracy President Carl Gershman ...

NATIONAL ENDOWMENT FOR DEMOCRACY (83%); COMMUNISM MEMORIAL FOUNDATION (61%); NATIONAL ENDOWMENT (59%);
... NORTH AMERICA (79%); UNITED STATES (79%); RUSSIA (58%); ...
... POLICY RESEARCH (85%);   NATIONAL ENDOWMENT FOR DEMOCRACY (83%); COMMUNISM MEMORIAL FOUNDATION (61%); NATIONAL ENDOWMENT (59%);

********** Print Completed **********

Time of Request:   June 30, 2004  12:50 PM EDT

Print Number:     1821:2353089
Number of Lines:   1810
Number of Pages:



U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

AUG 2 0 2004

Mr. Jeremy Bigwood
3200 16th Street, NW, #806
Washington, DC 20010

RE: FOI-131/04

Dear Mr. Bigwood:

This is a partial response to your Freedom of Information Act (FOIA) request for the following:

- Documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to the present.
- Any USAID analysis of the situation in Venezuela from 1998 to present.

Enclosed are 70 documents totaling 511 pages. Within the grant agreement documents, we have made withholdings to protect the identities of the individuals working for the local grant recipients. The withholdings include the individuals' names, the names and addresses of their employing organizations, and signatures. These withholdings are made under the provision of FOIA Exemption (b)(6), 5 U.S.C. §552 (b)(6) – "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." The release of this information would be an unwarranted invasion of the privacy of the listed individuals. Additionally, these individuals have a strong privacy interest in keeping information about their employment confidential since they do face possible persecution and harm from the Government of Venezuela. The Government of Venezuela has been arresting leaders of organizations that work with the United States Government, and we feel that this could put them in danger. In this instance, I do not believe that the public interest in the disclosure of this information outweighs the privacy interest of these individuals.

Also, within the documents numbered #13 and 46, certain financial information has been withheld. These withholdings are made under the provision of FOIA Exemption (b)(4), 5 U.S.C. §552 (b)(4) – "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."

You have the right to appeal these decisions. Your appeal must be received in writing by our Agency no later than 30 days from the date of this letter or within thirty days from the date we notify you that we have fully completed action on your request. In order for it to be considered an official appeal, it must be addressed as follows:

EXHIBIT
5

**FOI-131/04PART 1**                              2

> Director, Office of Administrative Services
> U.S. Agency for International Development
> Room 4.6B, Ronald Reagan Building
> Washington, DC  20523-4601.

Both the appeal letter and envelope must be plainly marked **FOIA APPEAL.**  Please cite your
FOIA tracking number, listed above, in your letter.  The cost for processing your request will be
aggregated in the final letter sent to you.

> Sincerely,
>
> J.M. Paskar, Chief
> Information and Records Division
> Office of Administrative Services

Enclosures:  a/s

**Jeremy Bigwood**
*Investigative Journalist and Photojournalist*

3200 16ᵗʰ St. NW #806
Washington, DC 20010
(202) 319-9150  bigwood@rcn.com

---

## FOIA 131/04 APPEAL:  USAID in Venezuela from 1998 to the present.

Director, Office of Administrative Services
U.S. Agency for International Development
Room 4.6B, Ronald Reagan Building
Washington, DC 20523-4601

Saturday, August 28, 2004

Dear Director,

By means of this letter, I am appealing the August 20th, 2004 determination by Chief Joan Paskar of USAID's Information and Records Division to withhold the names of organizations and persons who have received USAID funding in Venezuela. My FOIA request was labeled FOI-131/04 by Ms. Paskar's office. Specifically, I requested:

- Documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to the present.
- Any USAID analysis of the situation in Venezuela from 1998 to present.

In her well-written response attached to the first batch of documents, Ms. Paskar stated:

"Enclosed are 70 documents totaling 511 pages. Within the grant agreement documents, we have made withholdings to protect the identities of the individuals working for the local grant recipients. The withholdings include the individual's names, the names and addresses of their employing organizations, and signatures. These withholdings are made under the provision of FOIA Exemption (b)(6), 5 U.S.C. §552 (b)(6) — "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." The release of this information would be an unwarranted invasion of the privacy of the listed individuals. Additionally, these individuals have a strong privacy interest in keeping information about their employment confidential since they do face possible persecution and harm from the Government of Venezuela. The Government of Venezuela has been arresting leaders of organizations that work with the United States Government, and we feel that this could put them in danger. In this instance, I do not believe that the public interest in the disclosure of this information outweighs the privacy interest of these individuals.

Also, within the documents numbered #13 and 46, certain financial information has been withheld. These withholdings are made under the provision of FOIA Exemption (b)(4), 5 U.S.C. § 552 (b)(4) — "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."

i


EXHIBIT
6

**Jeremy Bigwood**
*Investigative Journalist and Photojournalist*

3200 16th St. NW #806
Washington, DC 20010
(202) 319-9150  bigwood@rcn.com

Below I will explain in detail the spurious nature of Ms. Paskar's exemptions and prove that she illegally withheld material from me. But first, I would like to establish the pure hypocrisy of this response and correct a serious factual error that I believe was the basis for these exemptions.

Over the last few years, USAID has been on a "transparency crusade," doling out hundreds of thousands of dollars all over the world to NGOs and governments to induce them to make their governments more "transparent" and open with respect to their internal documents. It is the height of hypocrisy to demand this of other nations while secreting releasable information at home – as Ms. Paskar has done with this FOIA response.

Allow me to illustrate some evidence of this crusade so that there can be no doubt that USAID publicly supports openness (especially in other governments) but for itself hypocritically enforces secrecy. The following citations clearly illustrate USAID's stated goal of promoting transparency (abroad):

- "Interlaced with these objectives are the principles of increasing transparency and accountability and the flow of information to the public...By providing training and other forms of support, USAID encourages the growth of active, public policy-oriented civil society groups that will monitor governmental integrity, bring corruption issues onto the public agenda, and actively promote the twin concepts of transparency and accountability...USAID's partnerships with international NGOs have likewise yielded impressive results. For instance, the support that USAID's Bureau for Global Programs, Field Support, and Research has provided to Transparency International (TI) has helped to heighten international recognition of corruption as a development problem and promote the broader participation of citizens in the fight against corruption. Melissa Rosser, USAID document PN-ACF-740, **Promoting Transparency and Accountability** http://www.usaid.gov/our_work/democracy_and_governance/publications/pdfs/pnacf740.pdf

- "Accountability and transparency activities that are today the core of anti-corruption platforms have long been our basic work." Everett L. Mosley, U.S. Agency for International Development, Inspector General, **USAID/OIG: Accountability in the International Environment** http://www.ignet.gov/randp/f01c12.pdf

I could dig out many more examples, but the above is more than sufficient to show the utter hypocrisy of USAID's response – while openly supporting transparency amongst others, USAID actively supports secrecy for itself. But this FOIA administrative appeal and the probable ensuing court case will not be won by merely showing the hypocrisy USAID's response, but on its wholly erroneous use of exemptions. Below I will show that the exemptions cited by Ms. Paskar are not relevant to FOIA request 131/04 and that the documents should be released to me immediately without any "withholdings".

ii

**Jeremy Bigwood**
*Investigative Journalist and Photojournalist*

3200 16th St. NW #806
Washington, DC 20010
(202) 319-9150  bigwood@rcn.com

_____

However, before detailing the errors of the exemptions utilized, I would like to cite a completely erroneous statement from Ms. Paskar – a statement that is the rationale for many of her exemptions. She states:

- "The Government of Venezuela has been *arresting* leaders of organizations that work with the United States Government…" [emphasis mine]

THIS IS NOT TRUE. The Government of Venezuela has not *arrested* anyone for working with the United States Government. I have done several searches of the press and not found any evidence of that. Not even the State Department's Venezuela desk officer says that. So, material that I sought has been withheld from me based upon a total fabrication! I request that USAID stick to the facts and release me the documents without any "withholdings" as soon as possible.

Ms. Paskar states that the "withholdings" of "individual's names, the names and addresses of their employing organizations, and signatures." are made under the provision of FOIA Exemption (b)(6), 5 U.S.C. §552 (b)(6) [hereafter: "Exemption 6"]. To use plain language, FOIA Exemption 6 applies to information, the release of which would constitute an unwarranted invasion of the personal privacy of other individuals. As Ms. Paskar herself points out, Exemption 6 refers to "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." Indeed, Exemption 6 is used ONLY to protect the *medical files* and the *personnel* files (work history - absenteeism, etc) of individuals and, as such, it doesn't really apply here.

Putting aside the issue of whether or not the names and signatures of PERSONS *might be* protected under Exemption 6 either, this is DEFINITELY NOT true for the ORGANIZATIONS that received USAID grants. Exemption 6 was designed for persons and not organizations. USAID CANNOT WITHHOLD INFORMATION ON THE ORGANIZATIONS RECEIVING GRANTS. Again, organizations, NGOs and otherwise, are NOT considered persons, and they are NOT protected under FOIA Exemption 6. Ms. Paskar's erroneous determination is a complete violation of both the spirit and the word of the FOIA and its amendments. THE NAMES OF THESE ORGANIZATIONS MUST BE IMMEDIATELY RELEASED TO ME IN AN UNREDACTED FORM.

In the case of the individual's names and their signatures, they are NOT covered under Exemption 6, as these are merely names and not *medical records* or *employment histories*. For there to be a cognizable privacy interest, the material must usually be "personal" or "intimate details" of one's life. This is clearly not the case here as these are merely names. See: *Department of the Air Force v. Rose*, 425 U.S. at 375-76; *Rural Housing Alliance v. USDA*, 498 F.2d 73 (D.C. Cir. 1974).

The substantive test for Exemption 6 – that is, whether disclosure "would constitute a clearly unwarranted invasion of personal privacy"- requires "a balancing of

**Jeremy Bigwood**
*Investigative Journalist and Photojournalist*

3200 16th St. NW #806
Washington, DC 20010
(202) 319-9150  bigwood@rcn.com

---

the individual's right of privacy against the preservation of the basic purpose of the Freedom of Information Act 'to open agency action to the light of public scrutiny.'" *Department of the Air Force v. Rose*, 425 U.S. 352, 372 (1976); accord *Department of State v. Ray*, 502 U.S. 164 (1991).[1] In this case, the U.S. public's collective right to public scrutiny must be recognized. There is no invasion of privacy here as we are merely asking for names and not peoples' private or personal attributes.

Again, I am NOT asking for medical records or information on employee absenteeism, but I merely wish to know who received supposedly legitimate USAID grants. If I editorially determine that this information is relevant, I will publish it so that the U.S. public may see how USAID works in other countries– which, by the way, is why we have a FOIA in the first place.

TO SUMMARIZE, USAID CANNOT USE FOIA EXEMPTION 6 TO WITHHOLD "INDIVIDUAL'S NAMES, THE NAMES AND ADDRESSES OF THEIR EMPLOYING ORGANIZATIONS, AND SIGNATURES." These documents need to be photocopied and turned over to me at the earliest opportunity.

I note that Ms. Paskar also abuses FOIA Exemption (b)(4), 5 U.S.C. § 552 (b)(4) [hereafter: "Exemption 4"] when she writes that "within the documents numbered #13 and 46, certain financial information has been withheld. These withholdings are made under the provision of FOIA Exemption (b)(4), 5 U.S.C. § 552 (b)(4) — "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."

First of all, I should point out that according to Ms. Paskar's own definition quoted above, the material protected under Exemption 4 is "obtained from a ***person***" [emphasis mine]. I am not seeking information from a person, but from USAID, a U.S. government agency.

In order for a document to be protected by Exemption 4, it must be shown that the information is (A) a trade secret, or (B) information which is commercial or financial, (2) obtained from a person, and (3) privileged or confidential.

So we must first ask if the documentation I seek is a "trade secret." The answer is "no".

Is the information I seek "commercial" or "financial?" In considering this, I will again cite Hammit, Sobel and Zaid, who have written the FOIA "bible" in which they state that:

---

[1] "Litigation Under the Federal Open Government Laws," by Harry A. Hammitt, David L. Sobel, and Mark Zaid, editors, Electronic Privacy Information Center (EPIC), Washington, DC, 2002

**Jeremy Bigwood**
*Investigative Journalist and Photojournalist*

3200 16th St. NW #806
Washington, DC 20010
(202) 319-9150  bigwood@rcn.com

"Courts have consistently held that the terms 'commercial' and 'financial' in Exemption 4 should be give their 'ordinary' meaning. *See, e.g. Public Citizen*, 704 F.2.d at 1290; *Board of Trade*, 627 F.2.d at 403. Thus, information is commercial if it relates to commerce, *American Airlines, Inc. v. National Mediation Board*, 558 F.2.d 863, 870 (2d. Cir. 1978), or it has been compiled in pursuit of profit. *Public Citizen*, 704 F.2.d at 1290... Examples of items generally regarded as commercial or financial information include: business sales statistics, research data, technical designs, overhead and operating costs, and information on financial condition.... ***If the information was generated by the government, it cannot fall within Exemption 4.***"[2]

The information I seek is in a US government generated document, a government record. This information is not "commercial" or "financial" in the ordinary meaning of those words.

On the issue of whether this information is "privileged" or "confidential," *Sharyland Water Supply Corp. v. Block*, 755 F.2.d 397, 399-400 (5th Cir. 1985), *cert denied.*, 471 U.S. 1137 (1985) determined that the term "privileged" only refers to privileges created by the Constitution, statute, or common law. There are also "privileged" relationships between doctors and lawyers and their clients. But someone receiving a USAID grant is not in a "privileged" relationship and is therefore that relationship is not protected by Exemption 4.

As for the term "confidential," allow me to again cite Hammit, Sobel, and Zaid on this issue.[3]

"The test for "confidential" is an objective one requiring a showing of likely specific harm. Commercial or financial information is confidential 'if the disclosure of the information is likely to have either of the following effects: (1) to impair the government's ability to obtain the necessary information in the future; or (2) to cause substantial harm to the competitive position of the person from whom the information was obtained."

Releasing me the documents would cause no impairment or harm to the government's ability to obtain information in the future or to the competitive position of any individual cited in said document. In this case there would be no harm done even if we were dealing with a truly commercial or financial case from a private, for-profit body. But even that is not the case! We are dealing here with the U.S. government and NGOs that have received grants, something that is supposed to be open and transparent.

---

[2] Ibid.
[3] Ibid.

**Jeremy Bigwood**
*Investigative Journalist and Photojournalist*

3200 16th St. NW #806
Washington, DC  20010
(202) 319-9150  bigwood@rcn.com

---

I should also point out that U.S. government entities cannot withhold information because it might cause them embarrassment or that it might show their involvement in illicit activities.  Is USAID withholding this document because it is breaking some law somewhere?

I would like to conclude by saying that while Ms. Paskar's arguments do not hold any water under FOIA law, they do constitute a novel, inventive, and very effective stalling procedure.

Thank you for your time and consideration.

Respectfully yours,

Jeremy Bigwood



U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

AUG 2 0 2004

Mr. Jeremy Bigwood
3200 16th Street, NW, #806
Washington, DC 20010

**RE: FOI-131/04**

Dear Mr. Bigwood:

This is a partial response to your Freedom of Information Act (FOIA) request for the following:

- Documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to the present.
- Any USAID analysis of the situation in Venezuela from 1998 to present.

Enclosed are 70 documents totaling 511 pages. Within the grant agreement documents, we have made withholdings to protect the identities of the individuals working for the local grant recipients. The withholdings include the individuals' names, the names and addresses of their employing organizations, and signatures. These withholdings are made under the provision of FOIA Exemption (b)(6), 5 U.S.C. §552 (b)(6) – "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." The release of this information would be an unwarranted invasion of the privacy of the listed individuals. Additionally, these individuals have a strong privacy interest in keeping information about their employment confidential since they do face possible persecution and harm from the Government of Venezuela. The Government of Venezuela has been arresting leaders of organizations that work with the United States Government, and we feel that this could put them in danger. In this instance, I do not believe that the public interest in the disclosure of this information outweighs the privacy interest of these individuals.

Also, within the documents numbered #13 and 46, certain financial information has been withheld. These withholdings are made under the provision of FOIA Exemption (b)(4), 5 U.S.C. §552 (b)(4) – "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."

You have the right to appeal these decisions. Your appeal must be received in writing by our Agency no later than 30 days from the date of this letter or within thirty days from the date we notify you that we have fully completed action on your request. In order for it to be considered an official appeal, it must be addressed as follows:

1300 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20523

**FOI-131/04PART 1**                    2

Director, Office of Administrative Services
U.S. Agency for International Development
Room 4.6B, Ronald Reagan Building
Washington, DC  20523-4601.

Both the appeal letter and envelope must be plainly marked **FOIA APPEAL.**  Please cite your
FOIA tracking number, listed above, in your letter.  The cost for processing your request will be
aggregated in the final letter sent to you.

Sincerely,

J.M. Paskar, Chief
Information and Records Division
Office of Administrative Services

Enclosures:  a/s



U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

NOV  9 2004

Mr. Jeremy Bigwood
3200 16th Street NW
#806
Washington, DC 20010

FOI – 131/04 (Appeal)

Dear Mr. Bigwood:

This responds to your letter received by this office on September 8, 2004, appealing the decision of the U.S. Agency for International Development (USAID) to withhold certain information and documents requested by you under the Freedom of Information Act (FOIA).

We have decided that some of the information previously withheld can now be released to you. Enclosed is a copy of the Carter Center Grant Agreement, 3822-G-101-071 and the National Democratic Institute for International Affairs Grant Agreement, 3822-G-101-057 (Items 13 and 46).

We have decided to continue to withhold the remaining information not previously released to you based upon FOIA Exemption 6, 5 U.S.C. §552(b)(6). This information consists of the identifying information regarding individuals working for local grant recipients. The withheld information includes the individuals' names, the names and addresses of their employers, and signatures. We have made these withholdings in order to avoid placing these individuals at risk of harassment and possible arrest either while at their places of work or elsewhere.

In your appeal you contend that (a) Exemption 6 is limited to medical and personal files, (b) we are required to disclose the names and business addresses of these individuals, and (c) local grant recipients and their employees are not at risk of arrest or harassment as a result of their work under USAID-funded projects. Our review of the record in this matter and governing legal principles leads us to disagree with each of these contentions.

In 1982 the Supreme Court ruled, based upon a review of the legislative history of FOIA, that Congress intended that Exemption 6 be construed in a manner that ensures the protection of an individual's privacy and security, concluding that the phrase "personnel and medical and similar files" should be applied broadly, rather than narrowly. <u>Dep't of</u>



EXHIBIT

7

State v. Washington Post, 456 U.S. 595, 599-603 (citing H.R. Rep. No. 89-1497 at 11)
(1966). The Court stated that the protection of an individual's privacy "surely was not
intended to turn upon the label of the file which contains the damaging information." Id.
at 601. Instead, the Court made clear that information that applies to a particular
individual meets the threshold requirement for Exemption 6 protection. Id. at 601-02.
This means, of course, that this threshold is met where the information applies to any
particular, identifiable individual and is readily satisfied here. See also Larkin Law Firm,
P.C. v. FTC, 352 F.3d 1122, 1123 (7th Cir. 2003) (finding that consumer complaints filed
with the FTC "clearly fall[] within the exemption"), cert. denied, 124 S.Ct. 2848 (2004);
Sherman v. Dep't of the Army, 244 F.3d 357, 361 (5th Cir. 2001) (recognizing that the
"Supreme Court has interpreted exemption 6 'files' broadly to include 'information
which applies to a particular individual'")

　　　　We have further confirmed our prior conclusion that individuals working under
USAID-funded projects are in fact subject to various forms of harassment, including false
or wrongful arrest. The substantial prospect of harassment, embarrassment, or worse is
more than sufficient to protect from disclosure the individual identifying information at
issue pursuant to Exemption 6. Where a person's fear of reprisals is reasonable, on the
basis either of demonstrated facts or of the inferences to be drawn from those facts,
privacy interests support the application of Exemption 6. Holy Spirit Ass'n for
Unification of World Christianity v. FBI, 683 F.2d 562, 565 (D.C. Cir. 1982)
(MacKinnon, J. concurring); Dep't of State v. Ray, 502 U.S. 164, 177 (1991) (affirming
redaction of the names of Haitian nationals returned to Haiti to guard against their
possible prosecution).

　　　　Finally, these prospects of harm justify withholding not only the names of the
employees but, contrary to your contention, the names and address of their employers as
well. The individuals are as likely, perhaps even more likely, to be harassed at their
employers' premises than elsewhere. The prospect of severe hardship to these
individuals as a result of identifying their employers or their addresses justifies the
protection of this information under Exemption 6 and outweighs countervailing interests
in its disclosure. See Ray, 502 U.S. at 176-79 (hypothetical benefits cannot outweigh a
demonstrably significant invasion of privacy, including possible embarrassment or
retaliation).

　　　　This constitutes USAID's final decision in this matter. You may, pursuant to 5
U.S.C. § 552(a)(4)(B), seek judicial review of this decision in the appropriate United
States district court.

　　　　　　　　　　Sincerely,

　　　　　　　　　　Roberto J. Miranda
　　　　　　　　　　Director of
　　　　　　　　　　　　Administrative Services

VAUGH INDEX
FOIA REQUEST FOI-131/04 – JEREMY E. BIGWOOD

This index contains information pertaining to 70 documents, totaling 551 pages that were partially withheld.  Under a contract with USAID, Development Alternatives Inc. (DAI) is responsible for implementing a program entitled the Venezuelan Confidence Building Initiative.  DAI issues grants to Venezuelan organizations who participate in this program.  The listed documents are individual grant agreements between DAI and the various Venezuelan organizations.  All of the agreements are similar in content and design.  The withheld pieces of information consisted of identifying information regarding individuals working for the local grant recipients and their partners and included the employees' names and signatures, and the names, seals, logos and addresses of the grantees/partners.  These withholdings were made under the provision of FOIA Exemption (b)(6).  Additionally, the names of Venezuelan employees working for DAI in Caracas were also withheld.   The withholdings were made in order to avoid placing these individuals at risk of harassment and possible arrest either while at their places of work or elsewhere.

| ITEM | CITATION | INFORMATION WITHHELD |
|------|----------|----------------------|
| 1. | Grant G-3822-101-001 | Name, title and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee |
| 2 | Grant G-3822-101-002 | Names, titles and signatures of  individuals employed by the Venezuelan grantees<br><br>Names and addresses of the Venezuelan grantees<br><br>Name of a Venezuelan individual employed by DAI |
| 3 | Grant G-3822-101-003 | Name, title and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI<br><br>Names of Venezuelan organizations that partnered with  the Venezuelan grantee<br><br>NOTE:  Two copies of this grant were inadvertently sent. |
| 4 | Grant G-3822-101-004 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI<br><br>Topics for a workshop were originally withheld.  USAID is releasing those topics to Mr. Bigwood. |
| 5 | Grant G-3822-101-005 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 6 | Grant G-3822-101-006 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |

EXHIBIT
8

| | | |
|---|---|---|
| | | Signature of individual employed by the Venezuelan grantee |
| 7 | Grant G-3822-101-007 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI<br><br>Names of Venezuelan partnering organizations participating in the grantee's program |
| 8 | Grant G-3822-101-008 | Name, title and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI<br><br>Names of Venezuelan partnering organizations participating in the grantee's program |
| 9 | Grant G-3822-101-009 | Name, title, and signature of an individual employed by the grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 10 | Grant G-3822-101-011 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI<br><br>Names, affiliations and signatures of Venezuelan individuals participating in a workshop |
| 11 | Grant G-3822-101-012 | Name, title and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI in Venezuela<br><br>Name of a Venezuelan organization partnering in the grantee's program |
| 12 | Grant G-3822-101-013 | Name, title and signature of an  individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 13 | Grant G-3822-101-014 | Name, title and signature of an individual employed by the Venezuelan grantee<br><br>Name of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 14 | Grant G-3822-101-015 | Name, title and signature of an individual employed by the Venezuelan grantee |

| | | |
|---|---|---|
| | | Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 15 | Grant G-3822-101-016 | Name, title and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 16 | Grant G-3822-101-017 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and logo of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 17 | Grant G-3822-101-018 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 18 | Grant G-3822-101-019 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Names of Venezuelan organizations partnering with the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 19 | Grant G-3822-101-020 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 20 | Grant G-3822-101-021 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 21 | Grant G-3822-101-022 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 22 | Grant G-3822-101-023 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 23 | Grant G-3822-101-024 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee |

| | | |
|---|---|---|
| | | Name of a Venezuelan individual employed by DAI |
| 24 | Grant G-3822-101-025 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee |
| 25 | Grant G-3822-101-026 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 26 | Grant G-3822-101-027 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 27 | Grant G-3822-101-028 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 28 | Grant G-3822-101-029 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 29 | Grant G-3822-101-030 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 30 | Grant G-3822-101-031 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 31 | Grant G-3822-101-032 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 32 | Grant G-3822-101-033 | Name and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 33 | Grant G-3822-101-034 | Name and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee |

| 34 | Grant G-3822-101-035 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| --- | --- | --- |
| 35 | Grant G-3822-101-036 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee |
| 36 | Grant G-3822-101-037 | Name and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 37 | Grant G-3822-101-038 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee |
| 38 | Grant G-3822-101-039 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 39 | Grant G-3822-101-040 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee |
| 40 | Grant G-3822-101-042 | Name and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 41 | Grant G-3822-101-043 | Name and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 42 | Grant G-3822-101-044 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 43 | Grant G-3822-101-045 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 44 | Grant G-3822-101-046 | Name, title, and signature of an individual employed by the |

| | | |
|---|---|---|
| | | Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 45 | Grant G-3822-101-047 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 46 | Grant G-3822-101-049 | No redactions. Grantee is an American organization. |
| 47 | Grant G-3822-101-050 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 48 | Grant G-3822-101-052 | Name, signature, and title of an individual employed by the Venezuelan grantee<br><br>Name and address of Venezuelan grantee |
| 49 | Grant G-3822-101-053 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and title of two additional individuals employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI in Venezuela |
| 50 | Grant G-3822-101-054 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 51 | Grant G-3822-101-055 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 52 | Grant G-3822-101-56 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Names of Venezuelan organizations partnering with the grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 53 | Grant G-3822-101-057 | Name of grantee released because the grantee is an American organization.<br><br>Name of a Venezuelan individual employed by DAI |
| 54 | Grant G-3822-101-058 | Name, title, and signature of an individual employed by the |

| | | |
|---|---|---|
| | | Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 55 | Grant G-3822-101-060 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 56 | Grant G-3822-101-061 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name, address, and seal of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 57 | Grant G-3822-101-062 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 58 | Grant G-3822-101-063 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of Venezuelan grantee |
| 59 | Grant G-3822-101-065 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Names of four additional individuals employed by the Venezuelan grantee<br><br>Name, address, and logo of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 60 | Grant G-3822-101-067 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Names of eight additional individuals employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 61 | Grant G-3822-101-068 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Names of seven additional individuals employed by the Venezuelan grantee<br><br>Name, address, and logo of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 62 | Grant G-3822-101-070 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Names of two additional individuals employed by the Venezuelan grantee |

|  |  | Name, address, and seal of the Venezuelan grantee |
|---|---|---|
| 63 | Grant G-3822-101-071 | Grantee is an American organization. Grantee's name and addressed released |
| 64 | Grant G-3822-101-072 | Address of the grantee<br><br>Name of a non-US official with the grantee. |
| 65 | Grant G-3822-101-073 | Name and title of individual employed by the Venezuelan grantee<br><br>Name of an additional individual employed by the grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 66 | Grant G-3822-101-074 | Name, title, and signature of individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 67 | Grant G-3822-101-075 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Names of five additional individuals employed by grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 68 | Grant G-3822-101-076 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name of an additional individual employed by the grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |
| 69 | Grant G-3822-101-077 | Name, title, and signature of an individual employed by the Venezuelan grantee<br><br>Name and address of the Venezuelan grantee<br><br>Name of a Venezuelan individual employed by DAI |