*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**JEREMY E. BIGWOOD**

    Plaintiff(s),

    vs.                           **Civil Action No. 06-635 (PLF)**

**UNITED STATES AGENCY**
**FOR INTERNATIONAL**
**DEVELOPMENT**

    Defendant(s).

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, this Notice serves as a notification that bulky exhibits, 1 through 11, to Plaintiff's Cross-Motion for Summary Judgment filed in this case are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                                  **NANCY MAYER-WHITTINGTON**

                                                                  Clerk