UNITED STATES DISTRICT COURT
District of Columbia

Jeremy E. Bigwood           )
                            )
    Plaintiff               )
                            )
    v.                      )        Civil Action No. 06-0635(PLF)
                            )
United States Agency for    )
International Development   )
                            )
    Defendant

SUPPLEMENTAL DECLARATION OF JOANNE PASKAR

Pursuant to 28 U.S.C. § 1746, I, JOANNE PASKAR, do hereby declare the following to be true to my best recollection, knowledge, and belief:

1. I have read the Plaintiff's Cross Motion for Summary Judgment. On page one of the motion the Plaintiff alleges that USAID "failed to provide internal annual and quarterly reports and analyses, memoranda, or other documents relating to its funding of projects and organizations in Venezuela from 1998." Because Mr. Bigwood had only appealed the Agency's first partial response to the USAID FOIA office, it was my understanding that that response was the only one in question before this Court.

2. In my initial declaration I detailed the processing of the first partial response to Mr. Bigwood's request. There were two other responses to Mr. Bigwood under this FOIA request. He never submitted an appeal of those responses to the Agency. In no case did Mr. Bigwood question the exhaustiveness of the USAID responses. The details of the other two Agency responses follow.

3. On September 9, 2004, USAID sent its second interim response. See Attachment 1. Five award documents (one contract and four cooperative agreements) were sent to Mr. Bigwood. The documents totaled 166 pages. FOIA Exemption (b)(4) was used for some information contained in the awards. Mr. Bigwood was provided notice of his appeal rights in the response. Id. He was instructed that he had to appeal the response within thirty days from the date of the response or thirty days from the date when USAID notified him that it has completed action on his request. Id. He never exercised his right of administrative appeal to this response.

4. On March 25, 2005, USAID sent its final response to Mr. Bigwood. See Attachment 2. USAID clearly indicated that the response was the final one. Attachment 2 at page 1. A grant agreement and modification and quarterly reports and work plans submitted by

awardees were provided to Mr. Bigwood. Portions of these documents were withheld under FOIA Exemptions (b)(4) and (b)(6). Eight internal USAID documents (five memoranda and three internal briefing/strategy programs discussion papers) were released. FOIA Exemption (b)(6) was exercised in one instance within one of the internal memorandums. Four internal memoranda were withheld in their entirety under FOIA Exemption (b)(5). Mr. Bigwood was advised of his appeal rights. Attachment 2 at page 2. He was instructed that he had to appeal the response within thirty days from the date of the response letter. Id. He never exercised his right of administrative appeal to this response.

Attestation. Pursuant to Title 28 United States Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of May 2006 at the Ronald Reagan Building, Washington, District of Columbia.

_____
Joanne Paskar
USAID FOIA Officer