

U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

SEP -9 2004

Mr. Jeremy Bigwood
3200 16th Street, NW, #806
Washington, DC 20010

RE: FOI-131/04

Dear Mr. Bigwood:

This is the second partial response to your Freedom of Information Act (FOIA) request for the following:

- Documentation of USAID funding of any projects, organizations or other entities in Venezuela from 1998 to the present.
- Any USAID analysis of the situation in Venezuela from 1998 to present.

Enclosed are five documents, one contract, and four cooperative agreements, totaling 166 pages. They are:

1) Contract No. HDA-C-00-02-00179-00;
2) DOT-A-00-03-00003-00;
3) DOT-A-00-03-00010-00;
4) DOT-A-00-03-00014-00;
5) DOT-A-00-03-00015-00.

Within the contract and cooperative agreements, certain financial information has been withheld. These withholdings are made under the provision of FOIA Exemption (b)(4), 5 U.S.C. §552 (b)(4) – "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential." Where deletions are made, they are noted within the documents.

You have the right to appeal the withholdings. Your appeal must be received in writing by our Agency no later than 30 days from the date of this letter or within thirty days from the date we notify you that we have fully completed action on your request. In order for it to be considered an official appeal, it must be addressed as follows:

Director, Office of Administrative Services
U.S. Agency for International Development
Room 4.6B, Ronald Reagan Building
Washington, DC 20523-4601.

*[signature: J.M. Paskar]*

J.M. Paskar, Chief
Information and Records Division
Office of Administrative Services

Enclosures: a/s