

U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

MAR 2 5 2005

Mr. Jeremy Bigwood
3200 16th Street, NW, #806
Washington, DC 20010

    **RE: FOI-131/04**

Dear Mr. Bigwood:

    This is the final response to your Freedom of Information Act (FOIA) request for information concerning Venezuela from 1998 to 2004.

    Enclosed are various documents – a grant agreement and modification, memoranda, quarterly reports and papers. The total number of pages is 126. A document listing is enclosed.

    Within the documents, withholdings have been made using FOIA exemptions (b)(4), (b)(5), and (b)(6). Where exemptions are made, they are noted in the documents. The use of the exemptions is noted below.

**Exemption (b)(4)**

    Exemption (b)(4) protects "trade secrets and commercial or financial information obtained from a person and privileged or confidential." Under this exemption, such information as indirect costs, general & administrative (G&A) and proprietary information has been withheld from the grant agreement and modification.

**Exemption (b)(5)**

    Seven documents have been withheld under Exemption (b)(5), the deliberative process privilege. The purpose of this privilege is to "prevent injury to the quality of agency decisions." Three policy purposes constitute the bases for this privilege: (1) to encourage open, frank discussions on matters of policy between subordinates and superiors; (2) to protect against premature disclosure of proposed policies before they are finally adopted; and (3) to protect against public confusion that might result from disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action. The deliberative process privilege allows an agency to withhold from disclosure information considered to be pre-decisional and deliberative. Such is the case of the documents withheld under this exemption.

**FOI-131/04 final**                                    2

**Exemption (b)(6)**

Exemption (b)(6) protects "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." Within the documents, individuals' names, the names of their organizations, their professions and locale (if the locale was specifically identified) have been withheld. The release of this information would be an unwarranted invasion of the privacy of the listed individuals. Additionally, these individuals have a strong privacy interest in keeping information about their employment confidential since they do face possible persecution and harm from the Government of Venezuela. The Government of Venezuela has been arresting leaders of organizations that work with the United States Government, and we feel that this could put them in danger. In this instance, I do not believe that the public interest in the disclosure of this information outweighs the privacy interest of these individuals.

You have the right to appeal the above withholdings. Your appeal **must** be submitted in writing and it must be received within 30 days from the date of this letter. To be considered an official appeal, your letter **must** be addressed as follows:

> Director, Office of Administrative Services
> U.S. Agency for International Development
> Room 4.6B, Ronald Reagan Building
> Washington, DC 20523-4601.

Both the appeal and the envelope must be plainly marked "FOIA APPEAL." Please cite your assigned FOIA tracking number, FOI-131/04, in your letter so we may identify your case promptly.

Total number of pages from the three responses is 803. To defray the cost of processing your request, we would appreciate your check or money order made payable to the U.S. Treasury for **$140.60**. This covers the cost of duplicating 703 pages at $.20 per page. The first 100 pages are free of charge.

NOTE: **This letter also serves as an invoice for payment.**

Sincerely,

J.M. Paskar, Chief
Information and Records Division
Office of Administrative Services

Enclosures: a/s

## DOCUMENT LISTING
## FOR
## FOI-131/04

1. GRANT AGREEMENT NO. DOT-G-00-03-00016-00, 31 PAGES.  (b)(4) & (b)(6)
2. GRANT MODIFICATION NO. 1, 8 PAGES.  (b)(4)
3. 12/15/03 ACTION MEMORANDUM TO M/OP, R. MARSHALL FROM DCHA/OTI, R. PORTER, SUBJECT: EXCEPTION TO COMPETITION FOR AMENDMENT TO THE CARTER CENTER GRANT DOT-G-00-03-00016-00, 3 PAGES.
4. 01/22/02 MEMORANDUM TO B. GARVELINK FROM R. PORTER RE: 36 HOURS IN VENEZUELA, 6 PAGES.  (b)(6)
5. 09/12/02 ACTION MEMORANDUM TO AA/DCHA, R. WINTER FROM DCHA/OTI, D. TAYLOR, REFERENCE: CONTRACT NO. HAD-C-00-02-000179, APPROVAL FOR DEVELOPMENT ALTERNATIVES INCORPORATED (DAI) TO PROVIDE ALLOWANCES AND DIFFERENTIALS TO A THIRD COUNTRY NATIONAL (TCN) UNDER REFERENCE CONTRACTS IN VENEZUELA, 4 PAGES.
6. 09/13/02 ACTION MEMORANDUM TO AA/DCHA, R. WINTER FROM DCHA/OTI, D. TAYLOR, SUBJECT: JUSTIFICATION AND AUTHORIZATION FOR WAIVER OF SOURCE, ORIGIN AND NATIONALITY REQUIREMENTS FOR COMMODITIES AND COMMODITY-RELATED SERVICES FOR OTI'S DEMOCRACY SUPPORT PROGRAM IN VENEZUELA, 4 PAGES.
7. UNDATED ACTION MEMORANDUM TO AA/DCHA, R. WINTER FROM DCHA/OTI, D. TAYLOR, SUBJECT: EXCEPTION TO COMPETITION FOR ASSISTANCE INSTRUMENTS IN VENEZUELA, 4 PAGES.

8. PAPER ENTITLED "OTI VENEZUELA:  STRATEGY UPDATE – OCTOBER 2003," 6 PAGES.

9. PAPER ENTITLED "OVERVIEW OF THE 'CONVIVE' CAMPAIGN," 2 PAGES.

10. PAPER ENTITLED "USAID VENEZUELA CONFIDENCE BUILDLING INITIATIVE," 3 PAGES.

11. NATIONAL DEMOCRATIC INSTITUTE (NDI) QUARTERLY REPORT – VENEZUELA: ENSURING CREDIBLE ELECTORAL PROCESSES, USAID GRANT NO. DOT-A-00-03-00015-00, OCTOBER 1 TO DECEMBER 31, 2003, 5 PAGES. (b)(6)

12. NDI QUARTERLY REPORT – VENEZUELA: COALITION BUILDING & STRENGTHENING POLITICAL PARTIES, USAID GRANT NO. DOT-A-00-03-00010-00, OCTOBER 1 TO DECEMBER 31, 2003, 6 PAGES. (b)(6)

13. NDI – VENEZUELA: ENSURING CREDIBLE ELECTORAL PROCESSES, SEPTEMBER 2003 TO AUGUST 2004, 11 PAGES. (b)(6)

14. NDI – VENEZUELA: COALITION BUILDING AND STRENGTHENING POLITICAL PARTIES, SEPTEMBER 2003 TO AUGUST 2004, 9 PAGES.

15. INTERNATIONAL REPUBLICAN INSTITUTE (IRI) QUARTERLY REPORT, USAID NO. DOT-A-00-03-00014-00, OCTOBER TO DECEMBER 2003, 3 PAGES. (b)(6)

16. IRI PAPER SUBMITTED TO THE USAID OFFICE OF TRANSITION INITIATIVES JULY 23, 2003, 7 PAGES.

17. IRI – VENEZUELA WORK PLAN 2003-2004, VENEZUELA ELECTIONS ASSISTANCE CAMPAIGN TRAINING, OCTOBER 15, 2003, 6 PAGES.

18. IRI – VENEZUELA WORK PLAN 2003-2004, INCREASING PARTICIPATION & TRANSPARENCY IN THE ELECTORAL PROCESS IN VENEZUELA POLITICAL PARTY POLLWATCHER TRAINING, 4 PAGES.

19.  IRI – INCREASING PARTICIPATION AND
     TRANSPARENCY IN THE ELECTION PROCESS IN
     VENEZUELA – POLITICAL PARTY POLLWATCHER
     TRAINING, SEPTEMBER 4, 2003, 3 PAGES.

The following documents are withheld in their entirety under
FOIA exemption (b)(5):

20.  MEMORANDUM – SUBJECT: INTERIM TECHNICAL
     EVALUATION OF PROPOSALS, SOLICITATION M/OP-
     02-1364, 12 PAGES.
21.  TECHNICAL EVALUATION SCORING SHEETS, 14
     PAGES.
22.  TECHNICAL QUESTIONS/CLARIFICATIONS, 14
     PAGES.
23.  DRAFT BUSINESS/COST PROPOSAL, 15 PAGES.
24.  MEMORANDUM – SUBJECT: DETERMINATION OF
     COMPETITIVE RANGE, 10 PAGES.
25.  DRAFT MEMORANDUM  RE: BACKGROUND FOR
     VENEZUELA ASSISTANCE MEETING, 2 PAGES.
26.  MEMORANDUM RE: ASSESSMENT SUGGESTIONS
     AND SCOPE OF WORK, 3 PAGES.