UNITED STATES DISTRICT COURT
District of Columbia

Jeremy E. Bigwood )
)
)
v. ) Civil Action No. 06-0635(PLF)
)
United States Agency for International Development )
)

SUPPLEMENTAL DECLARATION OF RUSSELL T. PORTER

I, Russell T. Porter, hereby declare the following to be true and correct to the best of my knowledge and belief.

1. I have read Plaintiff's Cross Motion for Summary Judgment and would like to clarify the size of the Venezuelan entities that had their identifying information redacted as listed in the Vaughn index accompanying Ms. Paskar's declaration as exhibit 8. The entities were either Grantees or Partners of Grantees.

2. The entities were listed as "Venezuelan grantee" or "Venezuelan organizations that partnered [or partnering] with the Venezuelan grantee" in the Vaughn index. The entities each were composed of a small number of individuals . The entities ranged in size from one to ten individuals, with the average size of the entities around three to four. I had implied the small number of individuals in the entity in paragraph 5 of my earlier declaration by the following statement. "[Grantees] are small activities that are funded by a contractor."

3. Since the grantee and partner entities employ so few individuals, I considered the release of the entities' name or identifying information as tantamount to releasing the identities of the individuals employed by the entities as stated in a more general manner in paragraph 12 of my earlier declaration.

4. There have been a number of media reports, detailing the Government of Venezuela intimidating and harassing anyone opposing the current regime. I herewith attach the following examples.

   a. Venezuela: Country Reports on Human Rights Practices - 2005, U.S. Department of State, March 8, 2006, http://www.state.gov/g/drl/rls/hrrpt/2005/61745.htm (detailing various human rights problems in Venezuela to include a ruling allowing the leaders of an non-govenrmental organization, SUMATE would stand trial for conspiracy to destroy the

DECLARATION OF RUSSELL T. PORTER.

country's republican form of government based on the group's aceptence of funds forma foreign source (at page 10)).

b. U.S. aid faces political head winds from left, The Miami Herald.Com, July 23, 1006, http://www.miami.com/mld/miamiherald/15105782.htm (quoting Thoma Melia, deputy executive director of Freedom House, as saying "Venezuela is in fact a place where people will get harassed for going on U.S.-sponsored exchange tours to learn about human rights monitoring").

<u>Attestation.</u>  Pursuant to Title 28 United States Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July 2006 at the Ronald Reagan Building, Washington, District of Columbia.

_____
Russell T. Porter
Latin America and the Caribbean Team Leader
Office of Transition Initiatives
U.S. Agency for International Development