UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY E. BIGWOOD,            )
                              )
                   Plaintiff, )
                              )
v.                            )
                              )   Civil Action No. 06-0635 (PLF)
                              )   (ECF)
                              )
UNITED STATES AGENCY FOR      )
INTERNATIONAL DEVELOPMENT,    )
                              )
                   Defendant. )
                              )
_____)

## CONSENT MOTION FOR EXTENSION OF
## TIME TO FILE AN ANSWER OR OTHERWISE RESPOND

Plaintiff, Jeremy E. Bigwood, hereby moves for a four-week extension of time to file an answer or otherwise respond to Plaintiffs Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment through and including Monday, September 4th, 2006. Good cause exists to grant this motion.

1. Plaintiff's answer to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment is due on August 7th, 2006.

2. Plaintiff requires additional time to prepare and file an answer or otherwise respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment. This time is principally needed because of the schedule of the Plaintiff who is acting Pro se and needs to consult law libraries in

RECEIVED
AUG - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

order to respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment. Plaintiff is also self-employed and must work outside Washington, D.C at the National Archives in Maryland during this period. Plaintiff is additionally burdened with the probable death of his sister from cancer in the near future and all of the arrangements this might entail.

3. Plaintiff therefore requests two additional weeks to respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment.

4. The parties conferred pursuant to Local Rule 7(m) via telephone on or about August 31st, 2006. Defendant kindly consented to this request.

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the date for the filing of an answer or dispositive motion be extended to Monday, September 4th, 2006. A minute order is requested.

Dated: August 1st, 2006.

Respectfully submitted,

JEREMY BIGWOOD
PRO SE
3200 16th St. NW #806
Washington, D.C. 20530
(202) 319-9150, (202) 361-5000

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2006, I caused the foregoing Motion to Enlarge Time to File an Answer or Otherwise respond, be served on Defendant, via e-mail and postage prepaid, addressed as follows:

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851

JEREMY E. BIGWOOD
3200 16th Street, N.W. #SO6
Washington, D.C. 20010

                Respectfully submitted,

                _____
                Jeremy E. Bigwood
                Plaintiff