UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY E. BIGWOOD,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0635 (PLF)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF
<u>TIME TO FILE AN ANSWER OR OTHERWISE RESPOND</u>**

Plaintiff, Jeremy E. Bigwood, hereby moves for a three-week extension of time to file an answer or otherwise respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment through and including Monday, September 25th, 2006. Good cause exists to grant this motion.

1. Plaintiff's answer to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment is due on September 4th, 2006.

2. Plaintiff requires additional time to prepare and file an answer or otherwise respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment. This time is principally needed because of the schedule of the Plaintiff who is acting Pro Se and needs to consult law libraries in

RECEIVED
AUG 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

order to respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment. Plaintiff is also employed full-time at this time. Plaintiff is additionally burdened with the probable death of his sister from cancer in the near future and all of the arrangements this might entail.

3. Plaintiff therefore requests three additional weeks to respond to Defendant's Reply In Support of Its Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment.

4. The parties conferred pursuant to Local Rule 7(m) via e-mail on or about August 21st, 2006. Defendant kindly consented to this request.

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the date for the filing of an answer or dispositive motion be extended to Monday, September 25th, 2006. A minute order is requested.

Dated: August 22st, 2006.


Respectfully submitted,

JEREMY BIGWOOD
PRO SE
3200 16th St. NW #806
Washington, D.C. 20530
(202) 319-9150, (202) 361-5000