UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY E. BIGWOOD,                )
                                  )
                    Plaintiff,    )
                                  )
v.                                )
                                  )   Civil Action No. 06-0635 (PLF)
                                  )   (ECF)
                                  )
UNITED STATES AGENCY FOR          )
INTERNATIONAL DEVELOPMENT,        )
                                  )
                    Defendant.    )
                                  )
_____)

## ORDER

UPON CONSIDERATION of the Plaintiff's second request for an Extension of Time to File an Answer or Otherwise Respond to Defendant USAID's Reply in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment and all accompanying exhibits and attachments;

IT APPEARING TO THE COURT that request made by Plaintiff for an Extension of Time to File an Answer or Otherwise Respond and the Consent Motion accorded to by the Defendant, based on Plaintiff's difficulties acting Pro Se and his devastating family situation, is clearly within the acceptable and legitimate reasons for such Extension, it is therefore

ORDERED that the Plaintiff Jeremy Bigwood's Extension of Time to File an Answer or Otherwise Respond be granted immediately and without prejudice.

ENTERED this _____ day of _____, 2006.

_____
United States District Judge

Copies to:

<u>PLAINTIFF</u>
JEREMY E. BIGWOOD
3200 16th Street NW #806
Washington, D.C. 20010
(202) 361-5000

<u>DEFENDANT</u>
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C. 20530
(202) 305-4851