EXHIBIT "A" 06-0635 (PLF)(ECF)



**USAID**
FROM THE AMERICAN PEOPLE

2005 Summer Seminar Series

# EXORCISING DEMONS OF THE PAST: SEIZING NEW OPPORTUNITIES TO PROMOTE DEMOCRATIC POLICING

Session Organizers: Liz Hume, DCHA/CMM and Michael Miklaucic, DCHA/DG

JULY 7, 2005



# Why should USAID support law enforcement in its programs?

## Historical Context

- POST WORLD WAR II

- OFFICE OF PUBLIC SAFETY

- PROHIBITION



# EXCEPTIONS

- 1985: exceptions were carved out for USAID to conduct police programs in Latin America
- 1996: another exception was carved out for post conflict situations. However, this exception is of limited duration.
- "notwithstanding authority"

# RECENT LEGISLATION



"to enhance the effectiveness and accountability of civilian police authority through training and technical assistance in human rights, the rule of law, strategic planning, and through assistance to foster civilian police roles that support democratic governance, including assistance for programs to prevent conflict, respond to disasters, address gender-based violence, and foster improved police relations with the communities they serve."

# Other US Agencies that Provide Support to Law Enforcement

- There are other US agencies that work on law enforcement issues.

- The Bureau for International Narcotics and Law Enforcement Affairs (INL) at the Department of State works extensively on police programs.

- INL implements and develops policies and programs to combat international narcotics and crime. USAID worked in conjunction with INL's anti-crime programs to develop complementary community policy programs in Jamaica.



USAID
FROM THE AMERICAN PEOPLE

# Civil Society Reform Example: The Philippines



- **The Philippines:**
  - USAID is supporting the National Democratic Institute in its work with the **Philippine Government and the Autonomous Region of Muslim Mindanao (ARMM) to strengthen civilian control over the police.**
  - The program had several key focus areas: Program implementers **worked with civilian administrators and officials to help increase public access to information on key policies related to both civilian oversight of law enforcement and the administration of peace and order mechanisms.**



# Anti-Corruption Example: Bolivia

- Bolivia
  - The USAID Mission in Bolivia has launched an anti-corruption program that builds on its experience with implementing that country's Criminal Code of Procedure (CCP).
  - **The Mission is now vetting and training a corps of 20 police officers to work with the office of the Attorney General to establish an anti-corruption task force.**

# Additional Police Reform Programs



- USAID has also funded and implemented other direct police programs.

- **Nigeria:**
  - USAID's Office of Transition Initiatives worked with the Ministry of Police Affairs and key stakeholders to **develop a strategic plan to reform policing as that country transitioned to civilian rule.**

- **Rwanda:**
  - Between 1997-99 USAID funded a program that was designed to increase the security of both people and their property **by supporting police training and procurement of vehicles, radios, blankets, and other equipment for the police.**



# Future USAID Programming

- Lead in the area of **strategic planning**. USAID can ensure that a proper needs assessment is done in any host country or region being targeted for assistance.

- Ensure **broad coordination of developmental assistance of USG agencies, government supported NGOs, and embassy country teams.**

# Future USAID Programming Continued...



- **Focus on long term sustainable development of law enforcement infrastructure:**
  - USAID should focus on **developing modern leadership and supervisory skills** within law enforcement institutions to ensure buy in from the top down of these organizations.
  - USAID should **engage in academy development** to ensure that the basic training for new police agents incorporates the principles and philosophies of democratic and community oriented policing so that new officers entering these organizations are properly grounded in modern international policing principles.



## Future USAID Programming Continued...

- Demand a holistic approach to justice sector reform which brings police, prosecutors and the judiciary together in a coordinated approach to improving access to the justice system for citizens.

- Engage the police in grassroots coalition building and prevention programs around important social issues such as Domestic violence, religious and ethnic violence, juvenile addiction and delinquency.



# Exercise

- **Would you conduct a police program in this country?**
- **If Yes what would you do?**