UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
JEREMY E. BIGWOOD,                                      )
                                                        )
              Plaintiff,                                )
                                                        )
       v.                                               )        Civil Action No. 06-0635 (PLF)
                                                        )
UNITED STATES AGENCY FOR                                )
   INTERNATIONAL DEVELOPMENT,                           )
                                                        )
              Defendant.                                )
_____)

ORDER AND JUDGMENT

        This matter is before the Court on cross motions for summary judgment.  An

Opinion explaining the Court's reasoning will follow.  After consideration of the entire record

herein, it is hereby

        ORDERED that defendant's motion for summary judgment [5] is GRANTED; it

is

        FURTHER ORDERED that plaintiff's motion for summary judgment [8] is

DENIED; it is

        FURTHER ORDERED that JUDGMENT is entered for defendant; it is

        FURTHER ORDERED that this Order and Judgment shall constitute a FINAL

JUDGMENT in this case and the Clerk of the Court shall remove this case from the docket of the

Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

        SO ORDERED.


                                ____/s/_____

                                PAUL L. FRIEDMAN

DATE: March 30, 2007              United States District Judge